### 3.4.3.1  Research

Westminster College recognizes that both teaching and research are essential to vigorous instruction and a sound curriculum. As a teaching institution, Westminster places greater emphasis on teaching than on research. However, research is a desirable and important responsibility.

Westminster recognizes that not every research investigation results in publishable material. The fruits of scholarly research can be shared with the academic community not only in writing and publication, but also by oral presentation to professional groups, both on and off campus. The College encourages and recognizes publication, whenever appropriate and possible. It also encourages academic, professional, and community presentations; the preparation of institutional grant proposals; artistic exhibits and performances; and other demonstrations of intellectual commitment.

### 3.4.3.2  Assessment of Intellectual Commitment

Intellectual commitment involves a complex judgment, particularly by peers, based on concrete experience and evidence. Some indications of intellectual commitment include

- intellectual vitality and sharpness, as reflected in continuing study, research, and creative work. Publications are one demonstration of intellectual vitality.

- creativity and analytical skill, perceptiveness, and clarity, which could be demonstrated through curriculum design, collaborative endeavors, and innovative ideas;

- breadth of interests and competencies, the capacity to place knowledge and skills into significant contexts. One indicator of this may be regular involvement in professional and educational societies and other organizations.

### 3.4.4  Service to the College Community

As a matter of policy, the Westminster Board of Trustees has determined that faculty will share in certain aspects of College affairs. The College functions effectively only if its faculty members undertake a reasonable number of non-teaching assignments, attend meetings, contribute their ideas and experience during decision-making, and assume their fair share of the work. While valued contributions to the college community may take many forms, the following are most common:

3-11

- constructive participation in College governance, especially faculty meetings and committees;

- development and support of new programs, such as first-year experiences or the diversity lecture series;

- advisor to College clubs;

- involvement in student recruitment;

- volunteering for fund-raising activities;

### 3.4.4.1 Program and School

The faculty member's first line of administrative responsibility is through their program to their school. They should maintain regular communication with all members of their program and their school and perform all duties assigned. All members, unless excused, are expected to attend program and school meetings and to participate actively in the work related to curriculum development and student advising, personnel recommendations, and other responsibilities.

### 3.4.4.2 College

All faculty members are expected to serve on College or faculty committees and to be available for other non-teaching assignments, such as serving as an adviser of a student group, accepting short-term administrative responsibilities, and assisting at registration and/or pre-registration. Faculty members are expected to attend all College academic functions, such as Commencement and convocations, at which the presence of the faculty is explicitly required. As a courtesy, a faculty member should notify the chief academic officer when it is necessary for them to be absent from any of these functions.

Faculty members are encouraged to participate in various programs of College life outside the classroom. These include lectures, concerts, art exhibits, dramatic productions, convocations, athletic events, recreational programs, and other events sponsored by the College, school, programs, or student groups.

### 3.4.5 Professionalism and Ethical Conduct

As the guardians of academic values, faculty are expected to conduct themselves in ways essential to teaching, learning, and the spirit of academic endeavor. This conduct includes respecting the dignity of others, acknowledging the right of others to express differing opinions, fostering learning, defending intellectual honesty, and engaging in freedom of inquiry.

Conduct that impedes, disrupts, or diminishes the ability of the administration, faculty, staff, or students to meet their responsibilities and fulfill the mission of the institution is unacceptable. Accordingly, faculty members are expected to act as follows:

- to evaluate students based on their merit and in ways that reflect their actual performance, without bias or capriciousness;

- to avoid exploitation of the teacher-student relationship or faculty-staff relationship for personal gain; such exploitation includes sexual harassment, intimidation, conduct that places the faculty member's credibility or professionalism at risk, and failure to properly acknowledge students' ideas, work, or assistance;

- to develop the content of courses as described in the *Academic Catalog* and to avoid injecting material that has no relation or relevance to the subject matter;

- to take care that, when speaking or acting as a private individual, the faculty member makes it clear they are not speaking or acting for the College;

- to participate in the exchange of ideas and criticism in ways that do not violate academic freedom, threaten or injure individuals, disrupt classes, intrude on the individual rights of others, or damage the College's property, public property, or the private property of individuals.

## 3.5 Academic Freedom

Westminster College affirms and follows the ideal that all members of the faculty are entitled to academic freedom as set forth in the 1940 "Statement of Principles on Academic Freedom and Tenure" jointly formulated by the American Association of University Professors and the Association of American Colleges. The College and the faculty accept the following excerpts from the 1940 Statement as defining what is meant by academic freedom:

a.    "Institutions of higher education are conducted for the common good and not to further the interests of either the individual teacher or the institution as a whole.  The common good depends upon the free search for truth and its free expression.

b.  Academic freedom is essential to these purposes and applies to both teaching and research. Freedom in research is fundamental to the advancement of truth.  Academic freedom in its teaching aspect is fundamental for the protection of the rights of the teacher in teaching and of the student to freedom in learning. It carries duties correlative with rights.

c.  The teacher is entitled to full freedom in research and in publication of the results, subject to the adequate performance of their other academic duties; but research for pecuniary return should be based upon an understanding with the authorities of the institution.

d.  The teacher is entitled to freedom in the classroom in discussing their subject, but should be careful not to introduce into their teaching controversial matter that has no relation to their subject.

e.  The college or university teacher is a citizen, a member of a learned profession, and an officer of an educational institution. When they speak or write as a citizen, they should be free from institutional censorship or discipline, but their special position in the community imposes special obligations. As a person of learning and an educational officer, they should remember that the public may judge their profession and their institution by their utterances. Hence, they should at all times be accurate, should exercise appropriate restraint, should show respect for the opinions of others, and should make every effort to indicate that they are not an institutional spokesperson."

## 3.6 Retention and Contract Review Policies

Westminster College does not offer faculty appointments on continuous tenure. However, the College makes its best effort to hire outstanding faculty members with the intention that they will make long-term valuable contributions to the College's academic excellence and student learning.  Accordingly, all employment offered to faculty are provided exclusively on a contract basis as defined by sections 3.6.11 and 3.6.12 of this chapter.

The retention and contract review process includes three components: (1) peer review; (2) dean's recommendation; and (3) the Chief Academic Officer and President's decision to award a new contract.  The three components outlined above are decided pursuant to the criteria enumerated in section 3.4 of this chapter.  Accordingly, the College intends to award faculty members who meet the expectations set forth in section 3.4 of this chapter the longest contract for which the faculty member is eligible in accordance with section 3.6.11 of this

3-14

chapter. The personnel policies contained in this Manual are intended to ensure a reasonable degree of employment security for the faculty.

### 3.6.1 Faculty Members Subject to the Contract Review Process

The contract review process is used to evaluate all full-time faculty who are on regular appointments, including faculty on probationary one-year appointments. The contract review process contained in this chapter does not apply and is not used to evaluate faculty members who are on temporary appointments, hold one-year appointments other than probationary one-year appointments, or are employed as adjunct instructors on a semester-by-semester basis.

### 3.6.2 Time Line for the Contract Review Process

#### 3.6.2.1 Last Year of Appointment

A faculty member's contract review shall occur during the last year of their contract in accordance with sections 3.6.2.1.1 or 3.6.2.1.2, whichever is applicable to the faculty member.

##### 3.6.2.1.1 Time Line for Faculty on Initial Two-Year Contracts

The time line for faculty on initial two-year contracts lists the dates by which various steps in the process must occur:

| | |
|---|---|
| September 10 | The dean has formed the review committee. |
| September 17 | The committee has had its first meeting with the dean |
| October 3 | The faculty member's print review file is complete and accessible in the office of the chief academic officer or the faculty member's digital review file is made available to contract review participants (i.e., peer review committee, dean, chief academic officer, and President); the faculty member has signed their statement of permission and release, giving the review committee access to their file. |
| November 30 | The review committee has completed and submitted its report and recommendation to the dean and to the faculty member under review. |
| December  5 | The faculty member's response, if any, to the review committee's report is submitted to the dean. |

| December 7 | Dean's report submitted to the faculty member. |
| December 12 | The dean submits their report and recommendation to the chief academic officer with the report and recommendation of the review committee and any responses submitted by the faculty member. |
| December 19 | The faculty member is informed of the president's decision. |

### 3.6.2.1.2  Time Line for Faculty on Contracts Other Than Initial Contracts

The time line for faculty on contracts other than initial contracts lists the dates by which various steps in the process must occur:

| December 1 | The dean has formed the review committee. |
| December 15 | The committee has had its first meeting with the dean. |
| January 9 | The faculty member's print review file is complete and accessible in the office of the chief academic officer or the faculty member's digital review file is made available to contract review participants (i.e., peer review committee, dean, chief academic officer, and President); the faculty member has signed their statement of permission and release, giving the review committee access to their file. |
| February 20 | The review committee has completed and submitted its report and recommendation to the dean and to the faculty member under review. |
| February 25 | The faculty member's response, if any, to the review committee's report is submitted to the dean. |
| February 27 | Dean's report submitted to the faculty member. |
| March 6 | The dean submits their report and recommendation to the chief academic officer with the report and recommendation of the review committee and any responses submitted by the faculty member. |
| March 13 | The faculty member is informed of the president's decision. |

### 3.6.3  General Criteria to Be Used in the Contract Review Process

The expectations set forth in section 3.4 are the criteria used in the evaluation process.

3-16

3.6.4  Peer Review Committee Formation and Notice

The chief academic officer and the dean of the school in which the faculty member serves will appoint a peer review committee for each faculty member being evaluated. Each peer review committee will consist of (1) the program chair or a faculty member in a related discipline appointed by the dean after consultation with the program chair; (2) a faculty member chosen by the faculty member under review; and (3) a faculty member chosen by the dean and the chief academic officer.  When the program chair is up for review, the composition of their committee will be the same as described above, except that the dean will appoint a faculty member in the same or a related discipline to serve in place of the program chair.

At no time shall the dean sit on a faculty member's peer review committee. Additionally, faculty who are on initial two-year appointments, temporary appointments, special appointments or probationary appointments are not eligible to serve on a peer review committee.

3.6.4.1  Notice to Faculty Member

No later than September 10 or December 1, whichever date applies to the faculty member under review pursuant to sections 3.6.2.1.1 or 3.6.2.1.2, the dean shall send the faculty member under review written notice containing the names of all persons appointed to their peer review committee.

In the case of a faculty member who objects to the appointment of any person on their peer review committee, the faculty member under review must send both their dean and the chief academic officer notice, in writing, containing the name(s) of the committee member(s) whose participation they object to and the reason(s) they object to that person(s) participation.  A faculty member under review must send their written objections within 72 hours from the date they receive notice from their dean identifying the peer review committee membership.

Within 72 hours of receiving the objections from the faculty member under review, either the dean or the chief academic officer shall inform the faculty member in writing whether they will alter or maintain the composition of the peer review committee and provide the reasoning behind their decision.

3.6.4.2 Initial Meeting of the Peer Review Committee

In accordance with section 3.6.2.1.1 or 3.6.2.1.2 of this chapter, the dean will call the initial meeting of the peer review committee. During the initial meeting of the peer review committee, the members of the peer review committee will elect a member to be the chair.

3.6.5  Responsibilities of the Faculty Member under Review, the Chief Academic Officer, and the Review Committee Chair

The faculty member will prepare a "review file" in either digital or print format. Print review files will be housed in the office of the chief academic officer, while digital review files will be stored on portfolio software provided by the College. The file contains documentation of the faculty member's performance during the time period since their last contract review or, if the faculty member has not been previously reviewed since they were first employed by the College. As outlined below, some documents in the file will be provided by the faculty member under review, and other documents will be added by the chief academic officer.

3.6.5.1 <u>Preparation of the Review File</u>

  a. By October 1 (two year) or January 9 (all others) of the review year, the faculty member under review is responsible for examining, updating, and placing in their review file all of the following documents:

    1. an up-to-date curriculum vitae;

    2. copies of five to seven representative syllabi from courses taught by faculty member under review;

    3. examples of midterm, final, or other examinations from a variety of classes in which examinations are given;

    4. examples of assignments for written work (such as term papers, essays, exercises, problem sets, or lab reports) and examples of handouts and other materials distributed to students;

    5. a statement of the faculty member's service to the College since the last peer review in terms of participation on committees, task forces, and other groups; administrative responsibilities; sponsorship of student clubs; advising activities; and other work;

    6. additional materials related to professional activity, creative activity, community service, volunteer work, or other work that the faculty member believes relevant to the review process. These materials may be written, printed, or electronic, or may be audio or visual products such as CDs, radio programs, videotapes, paintings, photographs, art works, or other media.

    b.     The faculty member under review must sign a release giving the members their peer review committee access and permission to review the faculty member's review file. Such release will be in effect only for the duration of the peer review process.

## 3.6.5.2. Responsibilities of the Chief Academic Officer

The chief academic officer will ensure that the following documents are in the review file by October 1 (two year) or January 10 (all others) of the review year:

    a.     all student evaluations for courses taught since the faculty member's last contract review or if this is the faculty member's first contract review, from the beginning of their full-time ranked employment with the College,

    b.     all peer review committee reports for the faculty member since the faculty member became employed at the College.

## 3.6.5.3 Responsibilities of the Peer Review Committee Chair

The elected chair of the peer review committee has the responsibility to call subsequent meetings and handle other administrative matters related to the peer review committee. They will ensure that written reports of all classroom observations conducted by members of the review committee become a part of the peer review committee report. The chair of the committee will also consult with the faculty member under review to schedule at least one meeting between the committee and the faculty member. This meeting will be scheduled after the members of the committee have reviewed the faculty member's file and observed at least one hour of a scheduled class.

## 3.6.6 Evaluation Process of the Peer Review Committee

    a.     During the committee's initial meeting with the dean, the peer review committee will solicit any information the dean may have regarding the faculty member's performance.

    b.     During the review period, members of the peer review committee will review the faculty member's review file and observe the faculty member engaged with students teaching, mentoring and/or coaching activities ("teaching activities"). The faculty member will arrange for members of the peer review committee to observation their teaching activities.

c.     After the activities in sections 3.6.6(a)-(b) are completed, the peer review committee will meet with the faculty member to discuss their performance. During the meeting, the peer review committee should discuss with the faculty member their performance strengths, weaknesses and provide suggestions for improvement.  A faculty member shall be provided the opportunity to respond to all performance related concerns that the peer review committee intends to document in the report defined by section 3.6.7.

### 3.6.7  Report from the Peer Review Committee

a.     Upon completion of the evaluation process described in section 3.6.6, the peer review committee will prepare a report consisting of three sections:

   1.     a summary of the activities performed by the peer review committee to gather information regarding the faculty member's performance;

   2.     an evaluation of the faculty member's performance under each of the criteria provided in Section 3.4;

   3.     a recommendation to the administration as to the length of appointment for the faculty member.  In cases where the peer review committee recommends a contract shorter than the maximum length for which the faculty member is eligible according to section 3.6.11, the committee will include an additional section in the report (Section 4) setting forth suggestions that will help the faculty member make progress toward meeting the expectations set forth in section 3.4.

b.     The chair of the peer review committee will submit the committee's report to the appropriate dean and faculty member under review.

c.     Absent extenuating circumstances, the peer review committee should complete its evaluation process and submit its report by November 30 (2 year) or February 20 (all others) of the review year.

### 3.6.8  Response from the Faculty Member under Review

Upon receipt of the peer review committee's report, the faculty member under review may submit a letter to their dean responding to the report. This letter must be submitted within five calendar days after receipt of the report, unless the dean agrees in writing to an extension of time.

### 3.6.9  Responsibilities of the Dean in the Contract Review Process

a.     Upon receiving the report from the peer review committee, the dean will write a report containing their evaluation of the faculty member's performance. The dean's report must be specifically based on the criteria set forth in section 3.4.  If the dean's report is in any part based on the contents contained in the faculty member's Westminster personnel file, the report should specifically identify the contents of the personnel file relied upon in preparing the report.  The report shall also contain a recommendation of the length of the faculty member's next contract.  In the event that the dean disagrees with the peer review committee's recommendation concerning the length of the faculty member's contract, the dean must fully state the basis for their recommendation.  If the dean recommends a contract that is shorter than what was recommended by the peer review committee, the dean's report must include recommendations to help the faculty member meet the expectations contained section 3.4.

b.     By December 7 (2 year) or February 27 (all others) of the review year, absent extenuating circumstances, the dean will send their report to the faculty member. The faculty member will then have until December 12 (2 year) or March 6 (all others) to write a written response to the dean's report.

c.     By December 12 (2 year) or March 6 (all others) of the review year, absent extenuating circumstances, the dean will submit the following to the chief academic officer:

1.     the report from the peer review committee
2.     the report from the dean
3.     the faculty member's written response to the peer review committee report; and
4.     the faculty member's written response to the dean's report.

3.6.10  Responsibilities of the Administration

a.      Upon receipt of the peer review committee report, dean's report, and faculty member's written response(s), the chief academic officer shall first review the documents to make sure they conform to sections 3.4 and 3.6. If either the dean's report or the peer review committee report deviates from the requirements contained in sections 3.4 and 3.6, the chief academic officer shall within three days send a written notice to the dean identifying the issues with the report(s) and request that the report(s) be correct to conform to section 3.4 and 3.6.  If the peer review committee report does not comply with sections 3.4 and 3.6, the dean shall send a written notice to the peer review committee identifying the issues with their report and request that the report be correct in conformity with section 3.4 and 3.6.

b.      Once the chief academic officer has received reports from the dean and peer review committee that comply with the requirements contained in sections 3.4 and 3.6, they shall meet with the president to discuss the information. The president shall make all final decisions regarding faculty member's contract renewal or non-renewal, whichever may apply, in accordance with section 3.6.12.  The president shall consider (1) the contract review file; (2) the peer review committee report; (3) the dean's report; (4) any response's by the faculty member under review, when making their final decision; and 5) the recommendation of the chief academic officer.

c.      After the final decision is made by the president, the chief academic officer shall prepare and send to the faculty member a letter containing the decision and the basis for the decision.  If the president awards a contract to the faculty member that is shorter than the maximum length for which the faculty member is eligible, according to Section 3.6.11, the letter should also contain suggestions and/or expectations that the faculty member can rely on to improve their performance in conformity with sections 3.4 so they can secure the longest contract for which they are eligible during their next contract review.

d.      If the president's decision differs from the peer review committee's recommendation, the dean and the chief academic officer shall meet with the peer review committee and explain the basis for the president's decision.

e.      If a faculty member is dissatisfied with the president's decision, they may request an appeal in accordance with section 3.8.

### 3.6.11  Contract Awards

a.  After a two-year initial contract, a faculty member is eligible for a three-year contract but may be awarded a one-year probationary contract or no additional contract subject to the guidelines contained in section 3.6.12.

b.  Following a three-year contract, a faculty member is eligible for a five-year contract but may be awarded a three-year contract or a one-year probationary contract subject to the guidelines contained in section 3.6.12.

c.  Following a five-year contract, a faculty member is eligible for a five-year contract but may be awarded a three-year contract or a one-year probationary contract subject to the guidelines contained in section 3.6.12.

d.  Following a one-year probationary contract, a faculty member may be issued a letter of non-reappoint or awarded a second one one-year probationary contract subject to section 3.6.12(c), or a three-year contract. A faculty member shall not be appointed to more than two consecutive probationary periods.

e.  A faculty member may be offered a one-year appointment that is unrelated to the faculty member's performance, but is based upon external factors as specified in section 3.8.4. In this case, the one-year appointment will not be considered a probationary appointment and, when applicable, review procedures will be outlined and described at that time.

### 3.6.12  Guidelines for Contract Awards

a.  If a faculty member has satisfied the criteria set forth in section 3.4, the faculty member should be awarded the contract for which they are eligible.

b.  A faculty member shall not be awarded a contract for a term less than the term for which they are eligible unless the faculty member has failed to satisfy any material requirement contained in 3.4.

c.  A faculty member may only be awarded a probationary one-year contract or issued a letter of non-reappointment for one or more of the following documented reasons:

    1.  Persistent failures on the part of the faculty member to competently organize, plan, or execute their teaching responsibilities;

2.      A failure on the part of the faculty member to remain current in their discipline that impedes their ability to accept teaching assignments within their program;

3.      A failure to meet standards of intellectual commitment required for licensure or accreditation;

4.      A pattern of refusal to accept or complete an equitable number of non-teaching work assignments, particularly at the school or program level;

5.      A failure to meet one or more of the standards of professional and ethical conduct outlined in section 3.4.5; or

6.      A failure on the part of the faculty member to complete a degree, if required to do so in writing at the time that they were hired.

### 3.6.12.1 One-Year Probationary Contract Oversight

In cases where a one-year probationary contract is awarded to a faculty member, the following additional procedures shall govern the probationary term and subsequent contract review:

a.      The dean, at the request of the faculty member under review, shall appoint another faculty member to serve as their advisor during the probationary period.  The advisor's role will be to assist the faculty member in improving their performance; how the advisor will assist the faculty member will be determined by the dean, the advisor, and the faculty member on a case-by-case basis.

b.      The peer review committee that conducted the peer review which resulted in the one-year probationary award shall also conduct the subsequent peer review during the probationary period. In addition, the Faculty Affairs Committee will appoint one of its members to serve as a non-voting observer on the committee. The observer will have the responsibility to review the faculty member's file and attend all meetings of the peer review committee for the purpose of monitoring the contract review process.

c.      Upon the completion of the contract review process, a faculty member may or may not be re-appointed but only in accordance with 3.6.11 and 3.6.12.

### 3.6.13  Early Review of Faculty on Initial Two-year Appointment

Because of the seriousness of the early review process, it is intended to be used only when, in the judgment of the dean, performance issues are so severe that immediate review of the faculty member is needed. If, during the first year of a faculty member's initial two-year appointment, the dean believes that a faculty member is failing to perform their responsibilities and that such failure warrants an early review, the dean has the option to call for such a review.

a.  Should the dean determine that an early review is necessary, the dean must first notify and consult with the program chair, if one exists, and with the chief academic officer. The dean and chief academic officer will assemble an early review committee.

b.  The process for early review will be the same process as that used for peer review, as set forth in sections 3.6.1 through 3.6.12, with the following exceptions:

1.  The dean may call for the review of the faculty member's performance at any time during the first year of their initial appointment. When an early review is called, the first year of the faculty member's two-year appointment will be designated the "review year" for the purpose of the early review process.

2.  The dates, deadlines, and time lines set forth in the peer review process will not apply. Instead, the early review committee will determine and set all dates, deadlines, and time lines for the early review process on a case-by-case basis.

3.  As provided in the peer review process, the chief academic officer will send a letter to the faculty member informing them of the administration's decision. This letter may be sent any time during the review year, but no later than March 15.

c.  In the event that the president determines that the faculty member should not be retained for the remainder of their initial two-year appointment, the employment relationship between the faculty member and the College will be terminated on a date specified by the president and, as of the date specified, the faculty member will be relieved of their obligations to the College and the College will be relieved of any and all obligations to the faculty member.

### 3.6.14  Legal Assistance

In the event of a lawsuit resulting from a faculty member's service on a peer review committee, the College will indemnify the faculty member provided that she/he acted in good faith and in compliance with College policies and procedures.

## 3.7  Policies on Promotion

In general, each individual faculty member has the responsibility of applying for advancement in rank. However, the dean and chief academic officer may also initiate promotion applications.

### 3.7.1  General Criteria

Faculty are expected to meet the criteria described in sections 3.4.1–3.4.4.

### 3.7.2  Teaching Experience

The teaching experience required for each rank is detailed in section 3.2.1, "The Ranked Faculty." Deviation from these requirements must be fully justified by the party initiating the request for early promotion and must be approved by the president. A year of full-time, ranked teaching experience means that an individual has fulfilled the duties and responsibilities of a ranked faculty member for a complete academic year. Full-time employees who serve as academic administrative officers and teach one-quarter time or more per year will be considered for promotion in rank and will have this time count as half-time, ranked teaching experience (that is, such persons must teach twice as long as those who teach full time in order to be eligible for promotions); however, such faculty members who teach less than one-quarter time for any one-year period will no longer be eligible for promotion in rank unless the original letter of appointment so states, although they may retain their rank.

A year of full-time, ranked teaching at any regionally accredited college or university is equivalent to a year of full-time, ranked teaching at Westminster College, with the proviso that the minimum amount of service normally required at Westminster before promotion to the next rank is as follows:

a.   for promotion to the rank of Associate Professor, a minimum of two years' experience at Westminster at the rank of Assistant Professor;

b.   for promotion to the rank of Professor, a minimum of three years' experience at Westminster at the rank of Associate Professor.

Part-time teaching, other than as a graduate assistant, at a regionally accredited college or university, or full-time artistic, business, or professional experience may be counted towards promotion on a pro-rata basis, provided that the amount of credit has been agreed upon by the faculty member, the appropriate dean, and the chief academic officer at the time of the initial appointment.

### 3.7.3  Procedures Relative to Promotion in Rank

Although a dean of a school or the chief academic officer may recognize superior service by recommending early advancement in rank, individual faculty members ordinarily may not apply for advancement until the minimum length of time in current rank has been completed. In either case, the faculty member must follow the same procedures relative to promotion in rank.

A faculty member desiring promotion in rank must submit a letter of application to the appropriate dean by October 10 of the academic year during which the promotion is to be considered. This letter should explain the basis for eligibility and include a current curriculum vitae. The faculty member will then assemble a dossier of evidence in digital or print format supporting their promotion and submit this evidence to the appropriate dean by the second day of classes of the spring semester. The dean will ensure that all participants in the promotion review process are granted to the faculty member's dossier.

In addition to the letter of application, the candidate's dossier must include

a.  a written self-evaluation that includes a statement of professional goals, and a plan for reaching them, for the upcoming five years;

b.  a recommendation from the appropriate dean and/or the candidate's immediate supervisor;

c.  letters from three to five faculty colleagues that address the criteria set forth in section 3.4;  At least one of these letters should come from a colleague outside of Westminster College who is qualified to evaluate the applicant's work.

d.  an up-to-date curriculum vitae that includes a list of the candidate's publications;

e   three to five samples from the candidate's most recent publications (as applicable);

f.  the candidate's teacher evaluation forms and data such as peer classroom observation forms;

g.    course syllabi and representative samples of students' work with
       identifying information redacted;

h.    such other supporting material as the candidate finds relevant. This
       may include one or two letters of recommendation from the
       candidate's peers at other institutions. While these letters are sent
       directly to the dean, they are not confidential and may be reviewed
       by the candidate.

The dean or other immediate supervisor, in the case of academic administrative
officers, will ask faculty in the school at the rank applied for and higher to meet,
without the dean, to review and  discuss the dossier, and to vote via secret ballot.
In addition to the appropriate school faculty, a representative faculty member at
the rank applied for or higher from another school will be appointed to the faculty
promotion review committee by the dean. A scribe elected by the group will
record a summary of the discussion, including dissenting opinions; a vote tally;
and the results of the secret ballot; they will then send this documentation in a
written report to the dean.

If a school has fewer than five faculty members constituting this review group,
faculty at appropriate ranks from other schools will be appointed by the chief
academic officer to serve as members of this review group so that it has a
minimum of five members.

If a school chooses to do so, the faculty of the school may elect a promotion
review committee that will act on its behalf.  The committee must consist of
associate and full professors who should represent a range of programs across
the school.  The committee will carefully review all applications for promotion and
make recommendations to the dean.  All members of the committee will vote on
all applications without regard to rank.

The dean will attach their recommendation and rationale and send the complete
promotion file to the chief academic officer by February 13 of the year in which
promotion is sought. The chief academic officer will add their recommendation
and send the entire file to the president and then to the Board of Trustees.

The chief academic officer will communicate the promotion decision to the dean,
the faculty committee, and the candidate for promotion. The candidate will be
notified of the decision no later than March 13 of the year in which it is sought,
unless extenuating circumstances prevent it.

## 3.8  Termination of the Employment Relationship

### 3.8.1  Resignation by the Faculty Member

A faculty member may resign at any time by giving the College notice that they no longer wishes to continue their employment relationship with the College. Issues related to outstanding pay and benefits will be negotiated with the human resources office.

A faculty member may resign by failing to return a signed employment contract to the chief academic officer within 30 days after receiving it. Such failure will be considered a rejection of the contract, and the faculty member's employment with the College may be terminated.

### 3.8.1.1  Abandonment of Position

If a faculty member fails to appear for work for five consecutive working days during the academic year without reasonable explanation or prior authorization from their dean, the College will consider that the faculty member has resigned by abandoning their position, thus breaching their employment contract. The College may terminate the employment of the faculty member as a voluntary resignation on the fifth day of such an absence. The faculty member will be notified by registered mail at their last known address, but notification is not a condition for termination of the employment relationship.

An appeal may be made in writing to the appropriate dean. If it is determined that there were extenuating circumstances for the absence and failure to notify, the faculty member may be reinstated.

### 3.8.2  Non-reappointment

At the end of the peer review process in the year of a one-year probationary appointment, the College may choose to not offer an additional appointment. This decision would be made by the president on the basis of the information and recommendations resulting from the peer review process. When a faculty member is not offered an additional appointment, they are expected to complete the current one-year probationary contract.

### 3.8.2.1  Request for Appeal of Non-reappointment or Length of Contract

The faculty member may request an appeal of the president's decision concerning non-reappointment or contract length in cases where the faculty member believes that the College has failed to follow the process outlined in sections 3.6.3–3.6.13.

    a.    The faculty member has 14 calendar days from the date of the letter giving notice of non-reappointment or contract renewal to contact the chief academic officer and request, in writing, an appeal of the decision.

b.    The chief academic officer will have three working days to send the request to the chair of the Faculty Affairs Committee. Within five working days, the chair will appoint a panel that will consist of at least three members of the Faculty Affairs Committee, who, due to their noninvolvement with the situation at hand or with the underlying facts, can be objective and free from bias. The chair will provide the faculty member with the names of the panel, and the faculty member has the right to object to any individual on the panel.

c.    Within 14 calendar days of receipt of the request, the panel will review the contract review file and interview the faculty member, members of the peer review committee, the dean, and the chief academic officer.

d.    The panel will make one of the following decisions by a two-thirds majority:

       1.  that the contract review was conducted according to College policies, or
       2.  that the contract review was not conducted in accordance with College policies and that this impacted the final decision of the president.

e.    After the review panel reaches a decision, it will send a report to the chief academic officer and president within 21 calendar days from the initial receipt of request.

f.    If the review panel determines that the review process was conducted according to College policies, the report will state the basis for such findings and the decision of the president will stand.

g.    If the review panel determines that the process was not followed in some way that impacted the president's decision, the report will detail where the procedure was not followed and recommend the steps and the timelines necessary to remedy the negative outcomes.

h.    The president and chief academic officer will consider the recommendations of the committee and take measures to resolve the situation.

3.8.2.2 <u>Senior Faculty Request for an Appeal of Non-reappointment</u>

> When a faculty member who has been employed as a full-time, regular faculty member at Westminster College for at least seven years receives a letter of non-reappointment, the faculty member may choose to request an appeal that includes an oral hearing in lieu of the review process described in section 3.8.2.1. If so, the faculty member has 14 calendar days from the date of the letter of non-reappointment to contact the chief academic officer and request in writing an appeal before the Faculty Affairs Committee according to the terms described in this section. The process for such a hearing will be conducted as described in section 3.8.3.1(f–q). The hearing panel will review the basis for non-reappointment according to the criteria in section 3.4 and, if applicable, section 3.8.3.

3.8.3 <u>Dismissal</u>

The College may dismiss a faculty member at any time when the president, after consultation with the chief academic officer and the dean, believes, in good faith, that any of the following situations exist:

a.   the faculty member poses a serious threat of danger to members of the College community;

b.   the faculty member demonstrates a pattern of neglect of College policies despite a total of at least three written warnings;

c.   the faculty member violates the rights or freedoms of other members of the College community;

d.   the faculty member engages in egregious misconduct that places at risk the College's reputation or the credibility or effectiveness of the faculty member as a teacher or colleague;

e.   the faculty member violates a federal, state, or city statute, and such violation places at risk the College's reputation; affects the credibility or effectiveness of the faculty member as an educator, teacher, or colleague; or causes the faculty member to appear as a potential threat to themselves or to other members of the College community.

In any case involving dismissal, the burden of proof that adequate cause exists rests with the College.

3.8.3.1 Procedure for Dismissal

a.   When any of the situations delineated in section 3.8.3 is believed to exist, the chief academic officer and the dean will meet with the faculty member to discuss the concerns.

b.   After the initial meeting, if further action is warranted, the chief academic officer will provide the faculty member with a written statement clearly justifying the reasons for initiating the dismissal procedure. The faculty member will have five working days to respond in writing to this statement.

c.   After reviewing the other available information in light of the faculty member's response, the president will make a decision within a reasonable period of time and notify the chief academic officer, the dean, and the faculty member of the decision and terms in an official letter of dismissal.

d.   For the period of time between the date of the president's dismissal letter and the final resolution of any appeal, the faculty member will be placed on paid leave.

e.   The faculty member will have 14 working days from the date of the president's dismissal letter to contact the chief academic officer and request an appeals hearing before the Faculty Affairs Committee.

f.   The chief academic officer will have three working days to send the request to the chair of the Faculty Affairs Committee.

g.   Within five working days after receiving notice from the chief academic officer, the chair of the Faculty Affairs Committee will appoint a panel and hold a hearing. The hearing panel will consist of at least three members of the Faculty Affairs Committee, who, due to their noninvolvement with the situation at hand or with the underlying facts, can be objective and free from bias. The chair will provide the faculty member with the names of the panel, and the faculty member has the right to object to any individual on the panel.

h.   At the hearing, the chair of the Faculty Affairs Committee, a nonvoting member of the panel, will preside.

i.   The faculty member has the right to bring an adviser to assist and advise; however, the adviser is not permitted to address the panel or to question the individuals called to testify.

j.   The hearing will be electronically recorded, and a recording will be made available to the faculty member at their request.

k.   At the hearing, the panel may hear testimony from the president; the chief academic officer; the dean; the faculty member; other members of the faculty, student body, staff, or administration; and people outside the College community who may have relevant information. The faculty member may also request that the panel hear testimony from other individuals that they believe can provide relevant information. Each individual will wait outside the hearing room until they are called to testify, after which they will be dismissed. The panel may also consider any relevant written materials, including the faculty members' contract review file, when the faculty member is requesting an appeal of non-reappointment under section 3.8.2.2.

l.   The faculty member and the panel have the opportunity to ask questions of each individual who testifies.

m.   Following the hearing, the panel will make one of the following decisions by a two-thirds majority and submitted in the form of a written report to the president and the faculty member requesting the appeal:

  a.   that adequate cause exists for dismissal or non-reappointment of the faculty member
  b.   that adequate cause for dismissal or non-reappointment does not exist

n.   If the panel determines that adequate cause for dismissal or non-reappointment exists, the president's original decision will stand.

o.   If the panel finds that adequate cause for dismissal or non-reappointment does not exist, but there are legitimate concerns, the panel will make recommendations to the president regarding sanctions or other corrective measures.

p.   If the panel determines that adequate cause does not exist, the panel will recommend to the president that the faculty member be reinstated.

q.   The president will make the final decision based on a careful consideration of the panel's recommendation and the evidence contained in the record of the panel's proceeding. The final decision will be communicated to the faculty member in a letter detailing the president's rationale, and the ways in which the evidence collected by the panel affected the final decision. The president's letter will be sent to the faculty member within 14 calendar days of receiving the panel's final report.

### 3.8.4. No Offer of an Employment Contract or Inability of the College to Fulfill a Contract

There may be times when, for reasons unrelated to the performance or conduct of the faculty member, the College will be unable to offer or fulfill an employment contract to a faculty member who is in good standing and has a multi-year appointment. Reasons for this decision would include, but are not necessarily limited to, the following:

a.   elimination or suspension of a program

b.   financial exigency

### 3.8.4.1   Elimination or Suspension of Academic Programs

Over the life of any college, it is necessary to adapt educational offerings to a changing world.
Decisions as to changes in the educational program will be based on educational considerations that reflect the long-range judgment that the educational mission of the College will be enhanced by the change(s); they will not be based on ephemeral variations in enrollment.

At Westminster College, the approval of the Board of Trustees is required before any academic program is eliminated from the college's academic offerings or suspended for a semester or more. The Board reserves the right to make these decisions on its own accord or upon the recommendation of the president.

Because changes such as these may impact the employment of individual faculty members at the College, the president or chief academic officer will provide as much notice as possible that an academic program is under consideration for elimination or suspension. In general, given the far-reaching consequences of such a decision and the thoughtful consideration needed to make the best decision, a minimum of an academic year is usually necessary to reach a final decision.

Before an academic program is eliminated or suspended, the chief academic officer will provide the relevant information, conditions, reasons, or data regarding the academic program and will consult with the faculty by seeking recommendations and proposals from the deans, academic administrators, and faculty of the departments that may be affected.

a.  When considering decisions having major impact on academic programs, the president and chief academic officer will consider the following factors:

    1.  the financial viability of the program
    2.  changes in the role or scope of the College's vision, goals, or strategies
    3.  enrollment in the past and estimated enrollment for the future
    4   proposals, if any, from the affected departments for changes or efforts that may cause the program to become viable again

b.  After review of the available information and consultation with departmental committees, curriculum committees, the Faculty Senate, and the full faculty, if the president finds that suspension or elimination of the program is necessary, the president will make such recommendation to the Board of Trustees.

c.  If the Board decides to suspend an academic program, the chief academic officer will immediately notify all affected individuals.  Any faculty member whose employment will be suspended as a result of the program suspension will receive a written statement from the chief academic officer outlining the following:

    1.  the conditions requiring the suspension of employment
    2.  a general description of the procedures followed in making the decision
    3.  any pertinent financial or other data relied upon
    4.  the date when the suspension will begin and the date it will end. (When possible, affected faculty will be given a minimum of a year's notice.)

d.  If the Board decides to eliminate an academic program, the chief academic officer will immediately notify all affected individuals.  Any faculty member whose employment will be terminated as a result of the program elimination will receive a written statement from the chief academic officer outlining the following:

    1.  the conditions requiring the termination of employment
    2.  a general description of the procedures followed in making the decision
    3.  any pertinent financial or other data relief upon
    4.  the effective date of the termination (When possible, affected faculty will be given a minimum of an academic year's notice.)

e.  The college will use its best efforts to secure a suitable alternative appointment within the college for these faculty members. However, a faculty member will not be placed in a position for which they are not qualified. The college will also consider, with the approval of the faculty member, early-retirement, part-time appointments, additional education for qualified faculty members and other appropriate actions within the power of the college to provide that would reduce the injury to the faculty member.

f.  If a faculty member believes that the decision to suspend or terminate their employment was arbitrary, capricious, or made without adequate consideration of educational criteria, the faculty member may appeal the decision by requesting a hearing before the committee of the Board of Trustees charged with academic matters.

g.  This section does not prohibit the faculty member from filing a termination appeal using the procedures outlined in section 3.8 instead of or in addition to requesting a hearing as described in 3.8.4.1(f).

3.8.4.2 Financial Exigency

Financial exigency is defined as a perceived financial crisis threatening the continued existence of the college and requiring immediate and drastic actions, which may include the elimination of certain departments, programs, or positions and the termination of specific faculty or staff members.  The Board of Trustees has the sole authority to determine whether the college is in a state of financial exigency.

Once the Board has made this determination, the president will immediately call an all-college meeting, at which the Chair or the Vice Chair of the Board will notify the faculty and staff of the serious financial situation facing the College. At the meeting, the president will present a proposal containing the following information:

a.  the evidence supporting the Board's determination that the College is in a state of financial exigency
b.  the changes under consideration in regards to the College's programs, curriculum, or methods of operation and the proposed dates for implementation
c.  the faculty and staff personnel changes that may occur once a plan has been finalized
d.  the factors, evidence, and methodology which the administration and the board used to formulate the proposal
e.  the specific goals the college hopes to achieve
f.  the process used to develop the proposal

After presentation of the proposal, the president will outline the process to finalize a plan to address the fiscal emergency facing the college.  This process will include ways to consult with the faculty, to seek its counsel and ideas, and to solicit its support during this time of crisis.  The faculty, at its discretion, may hold meetings pursuant to its governance structure and rules to discuss the situation and make recommendations.

Once a plan has been finalized and approved by the Board, the president will disseminate it to the college community.  The college will provide faculty members whose employment will be terminated due to financial exigency with as much advance notice as possible.

Prior to termination, a faculty member may appeal the college's decision to terminate their position on the grounds of financial exigency by requesting a hearing before the executive committee of the Board of Trustees.  This does not prohibit the faculty member from filing a termination appeal using the procedures outlined in section 3.8 instead of or in addition to requesting a hearing before the executive committee of the Board.

The college will use its best efforts to secure a suitable alternative appointment within the college for these faculty members.  However, a faculty member will not be placed in a position for which they are not qualified.  The college will also consider, with the approval of the faculty member, early-retirement, part-time appointments, additional education for qualified faculty members and other appropriate actions within the power of the college to provide that would reduce the injury to the faculty member.

In all cases of termination of appointment because of financial exigency, the faculty position eliminated will not be filled by a replacement for at least three years, unless the affected faculty member has declined an offer of reinstatement.

## 3.9 Grievance Procedures

The basis of a grievance is a situation where a faculty member has reason to believe:
a.  they have been the target of harassment or threatening behavior;
b.  they have been discriminated against based upon gender, age, ethnic origin, race, religion, disability, or sexual orientation;
c.  their contractual rights have been violated; or
d.  their rights of academic freedom have been violated.

3.9.1    Informal Resolution

Faculty members are encouraged to seek solutions to problems by working with their colleagues and through their deans. A faculty member may also request that the Faculty Affairs Committee mediate any dispute with other faculty members or with the administration. However, when informal resolution is not possible or faculty believe their concerns have not been redressed, faculty may initiate either or both of the following formal processes.

3.9.2    Formal Resolution

The aggrieved faculty member will negotiate the timing of either formal resolution process with the chief academic officer and/or the chair of the Faculty Affairs Committee, respectively.

3.9.2.1 Administrative Review

The administrative review process will involve the following steps:

a.    The faculty member will present their grievance, including any documentary support, in writing to the chief academic officer.

b.    The chief academic officer will review the grievance and take appropriate action.

c.    The chief academic officer will discuss the findings with the faculty member and take the necessary steps, if any, to resolve the situation.

3.9.2.2 Hearing Process

The hearing process will be as follows:

a.    The faculty member will present their grievance to the chair of the Faculty Affairs Committee by doing the following:

1. requesting a hearing in writing, and specifying the issues to be addressed and the remedies sought
2. submitting a chronology of events

3. presenting a list of those individuals who have personal knowledge of the substance of the grievance
4. providing any other documentary support or evidence the faculty member believes to be relevant

3-38

b.   The chair of the Faculty Affairs Committee will convene a hearing panel consisting of two members of the Faculty Affairs Committee, an administrator at the level of dean or vice president, and the chair of the Faculty Affairs Committee as a nonvoting member. The chair will provide the faculty member with the names of the panel, and the faculty member has the right to object to an individual on the panel. The chair will then appoint an alternative.

c.   The hearing will then be conducted as follows:

1.   The chair of the Faculty Affairs Committee will conduct the hearing, which will be electronically recorded.
2.   The faculty member has the right to bring an adviser to assist and advise; however, the adviser is not permitted to address the panel or to question the individuals called to testify.
3.   The panel will hear testimony from the individuals asked by the faculty member to appear. The chair of the Faculty Affairs Committee may also call people to appear. Each individual will wait outside the hearing room until they are called to testify, after which they will be dismissed.
4.   The faculty member and the panel have the opportunity to ask questions of each individual who testifies.
5.   The chair has the duty to keep the hearing focused on the issues outlined by the faculty member in their initial request for a hearing.
6.   The faculty member must convince the hearing panel that the evidence supports their grievance.
7.   At the end of the hearing, the chair will dismiss the faculty member and the advocate (if present). After discussing and reviewing the evidence presented, the chair will call for a vote and the decision will be based on a two-thirds majority.
8.   The panel will make one of the following decisions:

   • The grievance has no merit.
   • The grievance has merit, and the review panel supports the faculty member's remedy or recommends alternative remedies to the appropriate parties.

9.   Once the decision has been reached, the chair of the Faculty Affairs Committee has 24 hours to inform the faculty member. The decision will then be documented in writing and given to the appropriate parties.
10.  The appropriate administrative officer will implement the recommended remedies.
11.  The decision of the hearing panel will be final.

If the faculty member believes that the panel failed to follow the process as described, they may request a review by the president.

## 3.10   Faculty Duties and Responsibilities

Membership in the academic profession carries with it responsibilities for advancement of knowledge, the intellectual growth of students, and the improvement of society. Each faculty member must write an annual self-evaluation of their activities in terms of their commitment to these goals, as well as in terms of their professional development. This self-evaluation must be submitted to the appropriate dean by a date determined by the dean, who then forwards the self-evaluations to the chief academic officer.

A member of the Westminster College faculty holds a special obligation to understand the nature of this institution of higher learning, to appreciate its unique characteristics and its philosophy and heritage. Each should strive to improve the intellectual and practical effectiveness of the College by willing and thoughtful participation in its affairs.

In order to facilitate a new faculty member's participation in the College community, an established faculty member will be assigned as a mentor to the new faculty member. The mentor's responsibilities may include consultation regarding relationships with faculty, administration, and students, as well as a review of the College/school structure, philosophy, culture, and resources. If requested by the new faculty member, the mentor should be prepared to review class schedules and syllabi, and to make occasional visits to classes for the purpose of providing collegial feedback.

As an educational institution, Westminster College does not impose a rigid body of codified rules on its faculty. It does hold certain expectations concerning the obligations of Westminster College faculty members. Although no one faculty member can discharge all of their responsibilities in an outstanding manner, the College expects each individual to take all of them seriously and to fulfill them to the best of their ability.

### 3.10.1  Faculty Workload

Westminster College seeks equity in the distribution of assignments. An excessive workload may impair faculty effectiveness and is discouraged. An unduly light load deprives the College of services that a full-time teacher should render and imposes an unjust burden upon other faculty members. Since any adequate definition of faculty workload should consider the whole spectrum of a

faculty member's professional and institutional services, it is difficult to establish a single policy that applies to all programs or to all program faculty. It is, nevertheless, possible to state general guidelines that are both reasonable and sufficiently flexible to allow the faculty and the College to agree on efficient and effective assignments.

### 3.10.1.1  Academic Work Year

The academic work year begins with the first day of responsibilities, as defined by the academic calendar, and ends at the conclusion of commencement exercises. Faculty members are expected to be on campus to assume their faculty duties and responsibilities throughout this time period, except for the College's scheduled vacation periods.

Although faculty contracts reflect obligations during the academic year, it is clearly understood that faculty members may also be called upon to advise students or work on committees during the summer on a limited basis, of up to 3–5 days, as part of their contractual obligation.

Occasionally, certain committees may need to meet during vacation periods contained within the academic year. Members of such committees should be prepared to meet in that event.

### 3.10.1.2  Teaching Load

The Board of Trustees determines the full-time teaching load of faculty based on the advice of the president, chief academic officer, and deans. When the Board makes changes, faculty are aware of these changes before committing themselves to work in the year the changes take effect. The full-time teaching load of a faculty member in any rank is normally 24 semester hours per academic year, which may be distributed across fall, spring, May, and summer terms.

The chief academic officer and dean of the appropriate school will consider several variables in order to assign equitable teaching loads to individual faculty members. These variables include the number of students taught, the number of different class preparations, involvement in the development of new courses, participation in service to the program and school, service to the College, and involvement in professional activities.

Where instructors share in team-teaching classes in which they attend all class sessions, they will receive full credit as to load if 15 or more students are enrolled. No load credit will result from supervision of students engaged in independent or directed studies (section 3.10.2.7).

3-41

If enrollment in a course is fewer than seven students, the course will not be taught unless the program deems it necessary and the dean of the school concurs. When classes fail to be offered, resulting in a yearly teaching assignment of less than 24 credit hours, the dean may develop compensating assignments for a faculty member, in consultation with the chief academic officer.

If, during the regular academic year, the dean requests and the faculty member voluntarily agrees to a teaching overload (over 24 semester hours per academic year), the College will compensate the faculty member at a scheduled and published rate. The chief academic officer must approve the request, and ordinarily no overload may exceed one course (3-4 hours) in either fall or spring semester, 4 credit hours in May term, and 9 credit hours in the summer. A faculty member who is contractually required to complete a terminal degree is strongly discouraged from requesting or accepting a teaching overload.

Regular faculty members have first choice in the teaching of courses during the summer. Faculty interested in such teaching should inform their deans as early in the year as possible.

### 3.10.1.3  Non-Teaching Load

It is less easy to measure the non-teaching portion of the faculty workload. The ordinary non-teaching load, as defined in section 3.4.4, "Service to the College Community," equals approximately one fifth of the faculty member's class-contact workload. This amounts to roughly 2–3 hours per week averaged over the academic year. Advising (section 3.10.3) and office hours (section 3.10.3.2.2) represent an additional set of responsibilities.

### 3.10.1.3.1  Program and School

The faculty member's first line of administrative responsibility is through their program to their school. They should maintain regular communication with all members of their program and their school and perform all duties assigned. All members, unless excused, are expected to attend program and school meetings and to participate actively in curriculum development and student advising, peer review, and other program and school responsibilities.

### 3.10.1.3.2  College

Faculty members are expected to attend regularly scheduled faculty business meetings. Special faculty meetings may be called as needed by the president or the faculty chair, as described in section 5.4.A, Article 8. All faculty members not conducting classes at the time of these meetings are expected to attend.

All faculty members are expected to serve on College or faculty committees and to be available for other non-teaching assignments, such as serving as a moderator of a student group and accepting short-term administrative responsibilities. Faculty members are expected to attend all College academic functions, such as commencement and convocations, at which the presence of the faculty is explicitly required. A faculty member should notify the chief academic officer when it is necessary for them to be absent from any of these functions.

### 3.10.1.3.3  Committee Work

Each full-time faculty member will normally be expected to serve on at least one College-wide committee. Realizing that some committees involve more time than others, a faculty member is not ordinarily expected to participate in more than 30 hours of work on one committee per semester. A faculty member may, however, voluntarily serve on one or more additional committees with the approval of the dean.

The College, dean of each school, and persons responsible for committee selections must be aware of faculty members' teaching loads, committee assignments, and other non-teaching duties within the College. Several sources allow them to gain this knowledge:

a.   the teaching assignment of each faculty member is determined in the manner described in section 3.10.1.2, which insures that the chief academic officer and the dean knows each faculty member's teaching load;

b.   when committee members are selected, the faculty approve the assignments, and the faculty chair keeps a current tally of College committee assignments.

c.   when the president and chief academic officer, in consultation with the dean of a school, select a faculty member for a non-teaching assignment, the chief academic officer notifies the faculty member's dean;

d.   when an academic program or school selects a faculty member for a committee assignment, its chairperson notifies the dean

### 3.10.1.4   Reduction in Teaching Load

Heavier than normal involvement in non-teaching activities, when at the request of the College, requires adjustment of a faculty member's workload, including, if

3-43

necessary, a temporary or permanent reduction in teaching hours. The faculty member and their dean must agree to such involvement. Either the faculty member or their dean may then initiate a request for a reduction in teaching load. The chief academic officer will act on the request within two calendar weeks of its receipt, in consultation with the faculty member and, if appropriate, the administrative officer who will supervise the faculty member's administrative duties.

### 3.10.2 Academic Courses

Determining class schedules and conducting classes entail specific faculty duties and responsibilities, as outlined below.

### 3.10.2.1 Academic Schedules

Disciplinary course offerings should be determined in accord with both the needs of students majoring in particular disciplines and of the general student body. Each fall the program chairperson confers with their school's dean and calls a meeting to propose course schedules for the forthcoming year.

Such planning meetings comply with the scheduling dates determined by the chief academic officer or their designee. Daily and term-by-term course schedules and decisions regarding teaching responsibilities rest with the chief academic officer, a designee, and/or appropriate deans.

Following these meetings, the program chairperson submits a proposed schedule to their dean. In consultation with the faculty member and appropriate program chairpersons, the dean submits the entire teaching schedule to the chief academic officer for approval.

### 3.10.2.2 Course Content

Except for standardized courses with multiple sections, which may be coordinated by program chairpersons, the instructor is responsible for planning and presenting the course material; establishing course objectives and requirements and making them known to the students; selecting and ordering texts and supplemental materials; preparing, administering, and grading papers and examinations; and assigning grades.

### 3.10.2.3 Course Syllabi

At the beginning of each semester, the instructor is responsible for providing a current dated syllabus for each class to the students and to the dean, who forwards a copy of each syllabus to the chief academic officer. These syllabi are

kept on file, where they can be consulted by students, student advisors, and other faculty. Syllabi constitute an important resource for institutional self-study in connection with accreditation reviews.

The syllabus is the official document for a course. In the event of disputes, such as grade appeals, it, along with other handouts, may be important documentation. The syllabus must be handed out to students no later than the second meeting of the class. The syllabus can be changed during the term; however, any changes in matters such as course requirements, grading criteria, or attendance policy should be carefully considered and given to every student in writing.

The syllabus does not need to give a day-to-day schedule of topics and assignments, but it must contain the following:

- name and information about how students can reach the faculty member for help (office or home phone number, office hours, e-mail address, etc.);
- the complete name and number, including section number, of the course;
- times, days, and locations of regular class meetings;
- the current semester and year;
- the name(s) of the required textbooks;
- a description or list of the goals of the course;
- a description or list of expectations and course requirements (papers, quizzes, class participation, homework assignments, etc.);
- attendance policy, as appropriate;
- grading criteria and how final grades are determined;
- The statement, "This syllabus is subject to change.";
- The statement, "If you have special needs because of learning disabilities or other kinds of disabilities, contact the Services with Disabilities program in the START Center in Carleson Hall at 832-2280 (TDD 832-2286).";
- The statement, "Please refer to the *Academic Catalog* or the *Student Handbook* for the College's statement on academic honesty," or the faculty member's statement regarding academic honesty.

### 3.10.2.4.1 Course Proposals

Faculty members and programs may originate proposals for the addition of courses to the curriculum, substantive program modifications, changes in degree requirements, and deletion of courses from the curriculum. Proposals will include both completed proposal forms and course information forms for new proposed courses. When proposals originate with individual faculty members, their proposals should be endorsed by the appropriate program and dean, the curriculum committee of the school from which the proposal originates, and the

curriculum committees of all schools housing courses added or subtracted from the altered curriculum. The proposal will then be submitted to the College Curriculum Committee for approval.

Like the teaching faculty, program chairs, deans, and the chief academic officer may recommend new courses, modifications in programs, changes in degree requirements, and course deletions. To be accepted, such recommendations must be reviewed and approved by the appropriate program chair and dean, the curriculum committee of the school from which the proposal originates, the curriculum committees of all schools housing courses added or subtracted from the altered curriculum, the College Curriculum Committee, and the full faculty.

The Curriculum Committee recommends particularly significant or controversial proposals to the Senate for approval. The addition or deletion of majors, minors, tracks within majors, graduate programs, and certificate programs must receive Senate approval. Each month, the Curriculum Committee prepares a report on approved changes for the Faculty Senate, to be distributed to Senators ten days in advance of the Senate's monthly meeting. As a representative of the faculty, a Senator may request Senate review and approval of any proposal passed by the Curriculum Committee.

Curricular changes are communicated to the full faculty as information items.

### 3.10.2.5  Classes

Faculty members are expected to meet their classes punctually and to conduct them at an appropriate level. If for some valid reason the instructor cannot meet a class, they are to contact their program chairperson or dean. The instructor should arrange with the dean to have the class covered or cancelled and to have the students notified.

### 3.10.2.6  Examinations

The final examination schedule, which differs from regularly scheduled class times, is posted on the College website. Final examinations are expected in most classes consistent with program or school policy. When final examinations are not given, classes must meet during the time scheduled for the final examination. No examinations are to be given during the last week of class. Deviations from the official examination schedule require the approval of the appropriate dean and the chief academic officer. Student exams (in the case where an exam is given and grades recorded for them) are to be kept by the faculty member for at least one year after the end of the course.

### 3.10.2.7  Classes by Special Arrangement

Faculty members may offer independent studies (individual study in a regularly established course), directed studies (tutorials in special fields or topics not covered by established courses), and experimental courses (scheduled courses in special fields or topics not listed in the *Academic Catalog*). Independent or directed studies do not count toward the faculty member's regular teaching load except with the consent of the chief academic officer and the dean.

### 3.10.2.8  Selection of Textbooks and Use of Campus Bookstore

Each faculty member is responsible for selecting materials for their classes and ordering them through the school office and the campus bookstore. At scheduled times during the academic year, the bookstore distributes book order forms to the faculty. These forms need to be completed and returned within the announced time frames to assure the availability of texts and other instructional materials at the beginning of each term.

Course packs of materials to be sold through the campus bookstore must be given to the bookstore for reproduction, accompanied by the appropriate book order form and copyright clearance forms. The bookstore manager and text manager are available to assist faculty with this process and to help with any other textbook-related problems. The private sale of instructional materials by faculty members is not permitted.

### 3.10.2.9  Special Fees

Special fees for rental or purchase of teaching aids or equipment must be approved by the dean, the chief academic officer, other senior officers, and the president and must be announced in the course syllabus described in section 3.10.2.3. A special fund must be set up with the Director of Administrative Services before fees can be collected. Students pay these special fees at the cashier's window; the instructor may not collect fees. The faculty member gains access to the funds by using a check request form and supplying the necessary documentation of the rental or purchase.

### 3.10.3  Student Advising

Because private institutions of higher education like Westminster College are committed to assisting each student in developing their interests in order to reach their full personal and professional potential, the College emphasizes the role of the faculty in the academic advising of students.

### 3.10.3.1  Definitions

Although specialized counseling is provided by campus resources, such as the START Center, Counseling Center, Career Resource Center, Office of Student Life, and Dean of Students, to which students may be directed for professional assistance, faculty members have a special and unique role in the following areas:

a.   advising students with regard to the students' work in classes taught by the faculty member;

b.   serving as a program advisor in the students' major area to assist students in setting academic goals, to ensure that College and program requirements are met and understood, and to advise regarding electives appropriate to the students' personal and career objectives;

c.   recognizing when students need professional assistance with problems of a personal nature or resulting from academic skills deficiencies, and directing students to the appropriate office or person from whom such assistance is available; and

d.   meeting with or otherwise contacting prospective students who are interested in Westminster College, and helping to recruit them to Westminster.

### 3.10.3.2  Faculty Availability

It is essential that each student have sufficient opportunity to see faculty members.

### 3.10.3.2.1  Hours on Campus

The College recognizes that dedicated teachers, scholars, and researchers must, on occasion, be absent from campus pursuing justifiable personal and professional activities. However, full-time faculty members are normally expected to be on campus several days a week to fulfill their duties as faculty members.

### 3.10.3.2.2  Changes in Office Hours

Faculty shall make themselves available to students for at least five hours per week outside of class for questions, consultation, and academic support using appropriate contact methods, such as office hours, scheduled appointments, prompt email correspondence, and the College's learning management system. Each individual faculty member's mix of contact methods should correspond to the instructional environments where they conduct their classes and other learning activities.  For instance, faculty teaching in traditional classrooms should

hold at least two hours of on-campus office hours per week.  On the other hand, faculty who teach mainly online would be available via online chat or other applications for at least two hours a week.

### 3.10.4  Faculty Contracts

The president of the College sends contracts to returning faculty members no later than March 31 for the upcoming academic year. Each contract will specify the type of appointment, rank, salary, benefits (if any), term of the contract, and any special provisions or conditions.

Faculty members have 30 calendar days from the date of the contract in which to notify the chief academic officer in writing of their acceptance of the appointment. If the faculty member fails to respond within the 30-day time period, the faculty member's employment with the College may be terminated, as such failure will be considered a rejection of the appointment, unless an extension of time in which to respond has been granted in writing by the chief academic officer.

### 3.10.5  Patent Policy

The patent policy is currently under review.

### 3.10.6  Consulting

Some fields present opportunities for doing consulting work in education, government, or business. Within reasonable limits, consulting may provide valuable experience for the faculty member and thereby promote their professional growth and development. The work done, however, must be of a professional character commensurate with the individual's capabilities, experience, and status. Insofar as consulting work is most often akin to outside employment, the faculty member is subject to the strictures set forth in Section 3.10.9, "Outside Employment and/or Business Interests." They should not expect any reduction in load for engaging in consulting work unless the work is for Westminster College or such arrangements have the mutual agreement of the faculty member, the dean, and the chief academic officer.

### 3.10.7  Community Service

Westminster College recognizes that its faculty members are professionals whose unique and varied capabilities permit them to make significant contributions to the larger social community.  The College encourages faculty members to support those activities to which they can contribute. Involvement in the community not only benefits society, but it also publicizes the College and adds to its prestige.

### 3.10.8  Political Activity

The College encourages faculty to express their views on political issues, to participate in political campaigns, to offer themselves as candidates for office, and to hold office. These activities are personal ones, and faculty must take proactive steps to clarify that they are exercising their rights as individual citizens and are not speaking on behalf of the College.

Faculty who engage in personal political activity must not use college facilities or resources, including e-mail and other communication systems. They may not use their positions of power to coerce, manipulate, or inappropriately influence others in the College community. Faculty who disregard this policy place themselves at risk for disciplinary action and may also jeopardize the College's tax-exempt status as a nonprofit institution of higher education.

### 3.10.9  Outside Employment and/or Business Interests

Since the regular faculty member is a full-time professional at Westminster, their first duties are to the College community. Outside employment, business interests, or consulting activities must not diminish a faculty member's effectiveness as a member of the College faculty. Any such activities must be clearly subordinate to the individual's teaching, advising, and College service functions and must be held to a minimum during the academic year.

If the time needed to establish an outside employment relationship or business interest during the regular academic year will amount to more than the equivalent of one normal working day per week over an academic term, the College expects the full-time faculty member to secure the written approval of their dean, the chief academic officer, and the president. Since program and College needs may change, such permission must be renewed each academic year. If the outside employment relationship involves college teaching, one 3-hour course would constitute a normal working day per week for an academic term. Any outside teaching or consulting that might result in a conflict of interest for the individual and/or a loss of income for the College requires the prior written consent of the chief academic officer. These restrictions do not apply during the summer, nor are they intended to restrain a faculty member from delivering occasional lectures at other institutions.

## 3.11  Faculty Rights and Privileges

### 3.11.1  Sabbatical and Merit Leaves

Westminster College recognizes the necessity for faculty members to acquire new experience to enrich their teaching or to secure uninterrupted time for professional development. It, therefore, supports the principle of sabbatical and merit leaves. The College encourages professional growth and increased

competence and productivity among faculty members by subsidizing significant research, creative work, pursuit of a higher degree, or programs judged to be of equivalent value, such as some other program of study, an organized experiential program, or an exchange of teaching responsibilities with a faculty member at another four-year college or university.

### 3.11.1.1   Eligibility

#### 3.11.1.1.1   Eligibility: Sabbatical Leave

Any faculty member with the rank of assistant professor or higher who has served seven or more consecutive years on a full-time faculty contract at Westminster College, who has taught at least half-time during each of these years, and who has not had a sabbatical or merit leave for at least seven years is eligible for consideration for sabbatical leave.

#### 3.11.1.1.2   Eligibility: Merit Leave

Any faculty member with the rank of assistant professor or higher who has served five or more years on a full-time faculty contract at Westminster College, who has taught at least half-time during each of these years, and who has not had a merit leave or sabbatical for at least five years is eligible for consideration for merit leave.

### 3.11.1.2   Number of Leaves

The number of leaves in any given academic year will be determined by the president and chief academic officer, but at least half of those granted will be sabbatical leaves.

### 3.11.1.3   Stipend

Stipends for sabbatical and merit leaves are one semester at full salary or one academic year at one-half salary. Salary means the equivalent of that provided in the current academic year.  Normal raises and benefits are not withheld from those on leave. While the faculty member is on leave, the faculty member and the College will continue to pay their normal full share toward retirement, group life, health, disability insurance, and federal programs to the extent that the law permits.

In the case of a sabbatical or merit leave granted to a faculty member who will receive a salary, grant, or stipend from another source for their work while on leave, the College may reduce the normal leave salary accordingly. In such a case, the College will assure that its normal full share of retirement, group life, health, disability insurance, and Social Security are paid. It may also bill, if

necessary and appropriate, the faculty member for their normal share of these items.

### 3.11.1.4  Application Procedures for Sabbatical and Merit Leaves

An eligible faculty member must make a formal application in writing to the Sabbatical Committee through the school dean for a sabbatical or a merit leave. The application must include a cover letter and a proposal describing the project they intend to pursue and how it will increase their professional competence and value to the College. It must also state their qualifications to pursue such a project. The application must be forwarded in time to comply with the deadlines set forth below. The dean will review the faculty member's eligibility for a sabbatical or a merit leave and forward the applications of eligible faculty members to the Sabbatical Committee. The chief academic officer and appropriate dean will make the necessary arrangements to cover teaching and other responsibilities for those whose sabbatical or merit leaves are approved.

The president, in consultation with the chief academic officer, will make the final decision as to who is awarded sabbatical and merit leaves in light of the total needs and capabilities of the College.

### 3.11.1.5  Schedule for Applying for Sabbatical and Merit Leave

| | |
|---|---|
| by August 18 | The number and types of leaves available for the following academic year announced by the chief academic officer, after consultation with the president |
| by September 26 | Application to the appropriate dean for evaluation of eligibility |
| by October 3 | Applications of eligible faculty forwarded to the Sabbatical  Committee |
| by October 31 | Ranked recommendations of sabbatical and merit leave recipients from the committee to the chief academic officer |
| by November 7 | All faculty applicants informed by president and chief academic officer of those sabbatical and merit leaves approved |

### 3.11.1.6  Criteria for Evaluating and Ranking Sabbatical and Merit Leaves

A sabbatical is a leave given to reward an applicant's record of service to the college.  Only applicants with reasonable projects will be considered, but if there are more applicants than available sabbaticals, the sabbaticals will be awarded to the

applicants with the longest length of service since their last leave and the strongest history of contribution to the college.

Thus, sabbatical applications that successfully demonstrate a project which has potential for professional growth of the applicant and the value to the college will then be ranked by the applicant's length of service since the last leave (merit or sabbatical). If multiple applicants have the same length of service, their applications will be ranked by past contribution to the college (teaching, scholarship, commitment to Westminster community).

A merit leave is a leave given to promote strong projects.  While only applicants with a good record of service to the college will be considered, merit leaves will be awarded to the applicants with the strongest projects.

Thus, merit leave applications that successfully demonstrate the applicant's past contribution to the college (teaching, scholarship, and commitment to Westminster community), will then be ranked by the proposed project's potential for professional growth of the applicant and value to the college.

All applications for Sabbatical and Merit Leaves must address the following:

- Qualifications

    a.   past accomplishments (scholarship, commitment to Westminster community, professional development)

    b.   relevant experience (as a teacher and/or researcher, especially in the field of the project)

    c.   awards (in the area of the project or for professional activity in general)

- Project Milestones

    a.   At what stage of development is this project?

    b.   What will be accomplished on this project during the merit leave?

    c.   What will remain to be done after fulfillment of this leave? (In other words, what impact will the leave have on the project?)

- Value of the Proposed Activity for the Professional Growth of the Applicant.

    Activities considered to be of value include but are not limited to the

following:

a.   development of research, writing, teaching, or clinical skills and competence

b.   increased knowledge, understanding, and awareness of new developments in the applicant's area

c.   contribution in an area of knowledge where little original work of the sort proposed has been done

- Value of Proposed Activity to the College

  Activities considered to be of value include but are not limited to the following:

a.   development of new courses

b.   improvement of existing courses

c.   writing texts or developing curriculum materials

d.   enhancement of the college's reputation

e.   improved or updated knowledge in an area in which the applicant teaches or one they would like to introduce into the curriculum

### 3.11.1.7  Obligations of Sabbatical and Merit Leave Recipients

The recipient of a sabbatical or merit leave incurs these obligations:

a.   to make every reasonable effort to fulfill the terms of the leave

b.   to return to the College for a minimum of one academic year following the year in which the leave occurred

c.   to file a detailed report on the actual results of their project with their dean and the chief academic officer within 90 days after the beginning of the semester following the leave. At the request of either, such reports may also be offered orally to a group of interested faculty and students.

### 3.11.1.8  Additional Information

Time toward eligibility for each new leave begins the year that the faculty member returns to full-time service, regardless of the semester in which the leave was taken. Time on leave counts toward promotion in rank unless the faculty member and Westminster College agree in writing to waive this provision at the time the leave is granted.

### 3.11.2  Faculty Development

Westminster College encourages the professional development of faculty and provides assistance through the office of the chief academic officer, the deans of the schools, and appropriate faculty committees. Any full-time faculty member may request such assistance.

### 3.11.3  Professional Travel Expenses

Westminster College recognizes that members of its faculty are interested in attending meetings of learned or professional societies as a means of keeping current in their fields of teaching and research. The College encourages this professional development by providing financial support for such activities. Faculty members may apply for travel funds through their deans, whose endorsement is required, before requests are forwarded to the chief academic officer. Travel funds are disbursed in as equitable a manner as possible. See the annual booklet of Faculty Professional Development Grants and Awards.

### 3.11.4  Compensation

Full-time faculty appointments are for the academic year, with payment of salary in 12 monthly installments. Faculty members may either pick up their checks at the cashier's office or arrange for direct deposit to their bank. Full-time and half-time faculty receive their checks on the last working day of each month.

## Chapter 4

## COLLEGE PROCEDURES OF INTEREST TO FACULTY

### 4.1  Function of Chapter 4

This chapter provides faculty with information about College procedures and resources that help faculty fulfill their teaching responsibilities. This chapter also discusses benefits available to faculty.

### 4.2  Academic Procedures and Policies of Special Interest

#### 4.2.1  Official Record of the Curriculum

The official list of approved courses is kept in the offices of the chief academic officer and the registrar and is published in the *Academic Catalog*. New courses are frequently introduced as special topics classes before any request is made to add the course to the official list of approved courses.

#### 4.2.2    Class Enrollment Lists

The registrar provides instructors with official class enrollment lists on the first day of classes each term, after the last day to add or drop classes during regular semesters, by means of a printed midterm grade list, and through a final grade list furnished to faculty during the next-to-final week of the semester. For May term, there is only a first-day-of-class list and a final grade list. Class rosters are also available on the web.

Faculty should inform the registrar of any discrepancies between lists received from the registrar and their own records.

College policy does not permit anyone who is not registered to sit in on a class, except on an occasional basis.

#### 4.2.3    Grade Reports

By noon on the third day following the end of the final examination period, faculty are to report grades for undergraduate courses and graduate courses that meet for an entire semester to the registrar using WebAdvisor.  When the three-day grading period ends on a Saturday or Sunday, the due date is moved to the next Monday at noon.  Programs whose courses meet for longer or shorter than a semester, i.e. 7-week blocks, must establish grade submission deadlines in advance and in consultation with the registrar.

4.2.4  Grade Records

Faculty may keep grade records in whatever format they choose. As a matter of sound educational practice and precaution, grade records should be retained for at least one year following the last entries.

4.2.5     Drops, Additions, Withdrawals, etc.

Forms through which students may drop, add, or withdraw from courses are available through the registrar's office. Students may only alter their programs through the use of appropriate forms or Web Advisor. Faculty requiring assistance in dealing with these matters should consult the registrar. Although it is the student's responsibility to withdraw from classes within stated time limits, if a student fails to attend by the second meeting of the class, the course instructor may administratively drop them and allow another student to enroll. A student whose name appears on a grade roster and who has not withdrawn by the end of the semester should be given a failing grade.

4.2.6     Academic Calendar

The official academic calendar for each year is published in the *Academic Catalog*. Subject to the approval of the administration and the Board of Trustees, the faculty determines calendar policy.  That is, the faculty proposes the system in which the College offers its courses of instruction: semester, trimester, quarter, or a January or May term with two or more longer semesters. The administration, in consultation with the faculty, prepares the specific yearly calendar through which prevailing policy is implemented. Calendars for forthcoming academic years are published in timely fashion to allow faculty and students to make appropriate plans. The registrar is responsible for developing year-to-year calendars within these guidelines. The term and daily schedules are also administrative functions (3.10.2.1).

4.2.7  Assignment of Academic Advisors

Once students are no longer advised in the START Center, each school assigns academic advisors in consultation with the faculty. All degree-seeking students receive faculty advisors.  Non-degree-seeking students are given the option of a faculty advisor when they register.

4.2.8  Assignment of Classrooms and Laboratories

The registrar's office assigns classrooms, laboratories, and other instructional space. Faculty members with special classroom needs or preferences should make these known to the registrar in a timely fashion.  Any problems with respect to instructional space should also be brought to the attention of the registrar.

### 4.2.9  Use of the Library for Instruction and Research

The Giovale library offers a wide variety of resources and services to support faculty in their teaching and research: instructional and research help for classes, groups, and individuals; electronic and print course reserves; interlibrary loan; borrowing through the Utah Academic Library Consortium; extended borrowing privileges; a wireless networked environment; and collaborative work areas.

The library is home to the information commons. The library also works in close partnership with the writing center, the general computing lab, and the faculty technology center to offer various kinds of support to faculty.

A current description of services provided to faculty is found on the Faculty Services web page at http://www.westminstercollege.edu/library/facstaff/index.cfm

### 4.2.10  Laboratory Supplies and Equipment

Laboratory supplies and equipment are budgeted through the normal budget process of the College. All purchases are approved by the appropriate dean.

### 4.2.11 Examination and Desk Copies of Textbooks

Faculty may secure complimentary examination and desk copies of texts directly from the publisher, or they may ask staff in the appropriate school office to make these requests.

## 4.3  Student Academic Standing and Records

Regulations governing student academic standing and records are stated in the *Academic Catalog*. Faculty members with questions or problems in these areas should consult the registrar.

## 4.4  Nonacademic Procedures and Policies of Interest to Faculty

### 4.4.1  Identification Cards

Faculty identification cards are obtained in the health and wellness center.

### 4.4.2  Office Assignments

Westminster College strives to furnish faculty with convenient and suitable offices. Each dean is responsible for assigning offices within their school.