### 4.4.3 Keys

Keys are issued, as needed, to faculty members. With approval of the appropriate dean, the office staff requests keys and provides them to the faculty. Upon leaving the College, faculty members must return their keys.

### 4.4.4 Parking

Free parking stickers, required for parking on campus, are available at the cashier's window. The car registration form is required to obtain a parking sticker.

### 4.4.5 Bookstore Discount

Faculty are eligible for a 10–20% discount from the marked price of items available for sale in the bookstore.

### 4.4.6 Check Cashing

Faculty members may cash small personal checks, in amounts ordinarily not to exceed $20.00, at the cashier's window.

### 4.4.7 Photocopying and Printing

A limited number of photocopies may be made on the self-service photocopiers in school offices or around campus. Whenever significant numbers of copies are needed, requests should be sent to the print shop, which offers offset and other duplicating services. It also has facilities for collating, stapling, folding, hole punching, and delivering materials. Requests for duplication of materials for instructional or College-related services are charged to the program making the request.

### 4.4.8 Instructional and Office Materials and Equipment

Programs and schools have budgets for instructional and office materials and equipment. Materials are generally purchased using College vendors. However, faculty members can use other sources to purchase instructional materials and equipment that have been approved by the dean and are not available from College vendors. In those cases, the documented purchase amount will be reimbursed.

### 4.4.9 Long Distance Telephone Calls

Codes for use with long distance telephone calls are available by contacting information technology.

<u>Office Staff Services</u>

Office staff services are available for faculty through their schools or programs. Sufficient time should be allowed for the completion of any work submitted. Although service is provided as promptly as possible, no assurance can be given that material will always be ready at a requested time. Staff can perform the following services on a first-come, first-served basis:

- Typing of syllabi, notices, flyers, invitations, and documents, but not of manuscripts longer than a normal scholarly article;
- Photocopying;
- Informing students of cancelled classes through phone calls and posted notices;
- Applying labels and stuffing envelopes for outgoing mail;
- Providing technical support, which includes printer and PC problems
- Adding/revising content on academic web pages;
- Ordering and maintaining office supplies;
- Sending faxes, forwarding phone calls, taking messages, providing information to students, and scheduling meetings;
- Creating, organizing, and maintaining files/correspondence for faculty positions; maintaining databases on applicants; and performing campus tours for faculty job applicants;
- Administering, but not proctoring, exams.

## 4.5 Faculty Benefits

Faculty with at least a 9 month full time contract or equivalent are eligible for all employer sponsored benefits. A description of the benefits provided for full-time faculty can be found on the Human Resources web page.

### 4.5.1 <u>Sick Leave</u>

Sick leave with full pay is granted to a full-time faculty member for a period of 10 class days per year for personal illness or family emergency. Class days are computed at the rate of five days a week, Monday through Friday, regardless of the faculty member's own class schedule. Scheduled classes will be covered by regular Westminster faculty, adjuncts, or other faculty on a free or per-hour cost basis, or class time will be rescheduled when the faculty member returns.

### 4.5.2 Social Security

All faculty members are covered by the Social Security Act, and deductions from salaries are matched by the College as required by law.

### 4.5.3 Travel Expenses and Professional Development

Funds for travel to professional meetings, for supervision of field trips, for leaves, and for similar professional development activities are included in program budgets and in the College's faculty development budget. Application for such funds should be made using the procedures outlined in the annual booklet describing faculty professional development grants and awards.

### 4.5.4 Tuition Remission

See the Human Resources website for details.

### 4.5.5 Faculty Class Privilege

A faculty member may register for credit in any regularly taught class of the College free of charge, with approval of the instructor and subject to tuition remission benefit eligibility.

### 4.5.6 Tuition Exchange

The College is a member of a number of tuition exchange programs, which make it possible for a faculty member's child to attend any of a large number of American colleges and universities tuition-free or at reduced tuition. For information contact the financial aid office.

### 4.5.7 Vacations

The College calendar lists the exact dates for the following established recess and vacation periods: Thanksgiving, Christmas, spring break, interim between spring semester and May Term, and summer.

## 4.6 Human Resources Forms

### 4.6.1 Insurance and Benefit Forms

Insurance and benefit forms are available in the human resources office. Faculty members eligible for coverage complete these forms prior to assuming their teaching responsibilities. Persons with questions about forms or benefits should consult the human resources office.

### 4.6.2 W-4 Forms

W-4 withholding forms are available from the human resources office or the chief academic officer. Faculty members complete these forms before they begin teaching.

## 4.7 Student Discipline

Disciplinary regulations appear in the *Student Handbook*. Problems with student behavior, apart from those governed by the academic regulations of the College, are the province of the dean of students consistent with the regulations published in the *Student Handbook*.

## 4.8 Assistance with Student Problems

Faculty members who need help with problems involving students should consult initially with their deans. The chief academic officer will furnish additional assistance as needed.

## 4.9 Assistance with Academic Problems

The *Academic Catalog* states policies governing academic standards, and faculty members who need help with academic problems should consult initially with their deans. As appropriate, they may also wish to consult the registrar or the chief academic officer.

## 4.10 Counseling Service

When faculty encounter difficulties either in dealing with students or if they recognize that a student is having personal or academic problems, they are encouraged to bring the matter to the attention of the dean of students and/or let the students know that counseling services are available on campus.

# Chapter 5
## THE CONDUCT OF COLLEGE BUSINESS

## 5.1 Governing Principles

The Articles of Incorporation and Bylaws of the Board of Trustees outline the principles governing the conduct of College affairs. Consistent with these principles and recognizing the value of shared governance, the Board may by motion, resolution, or other official action delegate functions to other elements of the College community.

Final legal authority in all matters resides with the Board of Trustees. The Board ordinarily focuses its deliberations on general questions of policy, long-range direction, and finance, granting other matters less attention. While maintaining general oversight of institutional affairs, the Board entrusts administration of the College to the president, and through the president to other administrative officers. To the teaching faculty, the Board entrusts the conduct of teaching and research. In a number of other areas, it also invites the teaching faculty to offer its wisdom and judgment.

## 5.2 The Role of the Teaching Faculty

### 5.2.1 Academic and Educational Matters

In exercising its responsibility for the conduct of teaching and research, the faculty, subject to Board approval, develops and offers curricula and classes, frames and maintains academic standards, and strives for the highest standards of teaching and scholarship at the College. It certifies to the Board that students have successfully completed the requirements for graduation. It also functions as a guardian of academic freedom and of faculty rights and responsibilities.

### 5.2.2 Contractual Matters

Should the Board make any alterations to Chapter 3 of the *Manual* during the academic year, these changes require the consent of the faculty in order to make the changes effective during that academic year. In the event the Board makes changes to Chapter 3 of the *Manual* that are not scheduled to take effect until the next academic year, the faculty must receive reasonable notice of such changes prior to signing their contracts for the academic year in which the changes are to take effect.

### 5.2.3 Non-contractual Non-academic Matters

Whenever the Board of Trustees will benefit from the wisdom and expertise of the faculty, it can request faculty involvement in areas that are not strictly academic or contractual. Appropriate matters for collaboration are long-range planning and program evaluation, institutional budgetary planning, admissions and retention policy and efforts, and instructional personnel policies and recommendations relative to faculty appointments and continuation in service. In these administrative areas, the faculty advises and makes recommendations to the administrative officers of the College.

## 5.3 Faculty Business Meeting

The faculty meeting is the deliberative body for the conduct of faculty business. It proceeds in such fashion as the faculty determines through adoption of a constitution, bylaws, and order of business, subject to approval of the Board of Trustees. Again subject to Board approval, the faculty may elect to delegate to standing and other committees responsibility for the conduct of business in areas falling within the jurisdiction of the teaching faculty.

While the president is the president of the faculty (Section 2.4), voting members of the teaching faculty elect a chair of the faculty to preside at faculty business meetings (Section 5.4, Article 6).

## 5.4 Constitution and Bylaws of the Westminster College Faculty

### Section A: Constitution of the Westminster College Faculty

Article 1.   This organization shall be known as the Faculty of Westminster College.

Article 2.   The function of faculty shall be to establish and implement the academic policies of Westminster College.

Article 3.   The authority of the College Faculty to establish and implement the academic policies of Westminster College has been vested by the Board of Trustees subject to the Board's review and final approval.

Article 4.   The College Faculty shall consist of the president, chief academic officer, school deans, director of the library, professors, associate professors, assistant professors, instructors, and adjunct instructors.

Article 5.     The voting membership of this organization shall consist of those administrators listed in Article 4 and faculty members with rank of Instructor, Assistant Professor, Associate Professor, and Professor holding regular faculty contracts and whose primary responsibilities are teaching. Voting membership shall be extended to faculty members not teaching at least half-time only by vote of the faculty. Questionable cases concerning faculty membership and voting privileges shall be reviewed by the Faculty Affairs Committee and submitted to the faculty for approval.

Article 6.     Annually, at the regular May meeting, the faculty shall elect one of its voting membership as chair-elect for the upcoming academic year.

Article 7.     Regular faculty meetings shall be held three times per semester during the months of August, October, December, January, March, and May. With the exception of the August meeting held during the faculty retreat, the meetings shall normally be held within the first seven working days of the month.

Article 8.     The president or the faculty chair may, at any time, call special meetings of the faculty as the occasions arise. Also, the faculty chair will call a special faculty meeting if requested by a petition signed by 25 percent of the voting faculty, to be held within seven calendar days of receipt of the petition. In the calling of special meetings, the faculty shall be given written notice at least 48 hours prior to the time of the meeting. Notice will be considered as having been given when the notices have been placed in the faculty mailboxes or sent via e-mail.

Article 9.     It is the duty and responsibility of full-time faculty members to attend all faculty and college meetings or assemblies except under extenuating circumstances; in such cases, the faculty member shall notify the recording secretary as to the reason they will not be able to attend a particular meeting.

Article 10.    The presence of a majority of the voting members of the faculty at any regularly scheduled or special faculty meeting shall constitute a quorum at that meeting. Faculty members on leave or on sabbatical may be temporarily deleted in quorum computations.

Article 11.    All actions and recommendations of the faculty shall be by majority vote, except for changes to the Constitution and the Bylaws, which shall require two-thirds vote to pass. Three members of the faculty may request that the voting be by ballot or roll call.

Article 12. Any member of the faculty may propose an amendment to the Constitution at any regular faculty meeting. A proposed amendment must by submitted to the members of the faculty in writing at least four calendar weeks prior to the vote on the amendment. Approval by two-thirds of the membership shall be required for the ratification of an amendment.

Section B: Bylaws of the College Faculty

Article 1. Robert's Rules of Order, newly revised, shall govern the faculty unless the faculty initiates rules to the contrary.

Article 2. The faculty chair shall receive four credit hours of release time during the year of service, and their duties shall be as follows:

a. To conduct meetings according to standard rules of parliamentary procedure. In this capacity, the chair, among other duties,
   - states and puts to vote all questions, and announces the results of the vote;
   - restrains members within the rules of order adopted by the faculty;
   - decides all questions of order; authenticates all acts, orders, and proceedings of the faculty, and transmits them to the president.

   Decisions of the chair regarding questions of order are subject to appeal. Any motion to repeal the chair's decision would require a simple majority.

b. To set the agenda for regular and special faculty meetings, and to work with faculty committees and other entities of the College community on planning and carrying out this agenda.

c. To serve as the faculty representative to the general meeting of the Board of Trustees, to the president's advisory councils, and to other college-wide committees and councils.

d. To serve as an ex-officio member of the Faculty Senate (Section 5.7.3, Articles 3 and 4).

e. To organize and oversee the faculty retreat, in consultation with the provost and according to the agenda approved by the Senate (Section 5.7.2, Article 8).

f.  To chair the Committee on Committees (Section 5.5.3).

g.  To represent faculty interests to the administration and other college stakeholders.

Article 3.  If the chair is to be absent from any meeting, they shall appoint a representative to call the meeting to order, and a chair pro tem shall be elected by the faculty for that meeting or until the chair returns. If it becomes necessary for the chair to step down during the course of a meeting, they may appoint a chair pro tem or request that the faculty elect one.

Article 4.  The chair is to have a written agenda prepared for all regular and special faculty meetings. In the case of a regular meeting, the agenda is to be in faculty mailboxes not later than noon two working days prior to the meeting. In the case of special meetings, the agenda is to be in faculty mailboxes the day preceding the meeting.

A.  Order of Business for Regular Meetings:

(1)  Call to order

(a)  Roll call
(b)  Declaration of quorum

(2)  Approval of minutes of the previous meeting and any special meetings held since the last regular meeting.

(3)  Reports of the president and the provost

(4)  Reports of standing committees

(5)  Reports of special committees

(6)  Special reports (Board of Trustees representatives and other special reports).

(7)  Unfinished business from last meeting

(8)  New business

(9)  General announcements

(10) Special speakers (in appropriate cases, a motion to suspend the rules may be made to allow this to be the first order of business).

B.    Order of Business for Special Meetings:

(1) Call to order
   (a) Roll call
   (b) Declaration of quorum

(2) Consideration of only such business as appears in the call of the meeting, unless the call includes "...and such other business as may properly come before it."

Article 5.    The faculty chair shall appoint a recording secretary whose duties shall be to make a record of the proceedings of all meetings. The recording secretary shall have a list of all faculty members and shall make a record of those in attendance at each meeting. The recording secretary is to have the final copy of the minutes ready so that they may be published and distributed to the faculty within two working days prior to the next meeting.

Article 6.    The minutes of the faculty meetings should follow the standard form set forth in Robert's Rules of Order. The minutes must include the following:

A.    all motions, adopted or defeated, and the number of votes on each side if by ballot or show of hands

B.    adopted resolutions entered in full

C.    names of persons making motions and those who second

D.    points of order and appeals, whether sustained or lost

E.    summary of reports of committees, unless written reports are appended

F.    all committee appointments

G.    a complete statement of corrections to the minutes on the previous meeting

The original transcript taken by the secretary is to be retained permanently in the office of the chief academic officer.

## 5.5 Committees of the Faculty

All full-time faculty members are expected to be available to serve on committees as needed.

### 5.5.1 Functions of Committees

Committees of the faculty conduct business within the jurisdiction of the faculty and on behalf of the faculty. They consider such matters as long-range planning, program evaluation, budget development and monitoring, academic policy, curriculum development, faculty affairs, student life, admissions and financial aid, academic personnel policy and faculty appointment, retention, development, and promotion.

Standing committees are constituted through the ordinary procedures of the faculty, as specified below. Their membership may or may not consist exclusively of members of the teaching faculty. These committees are accountable to the faculty and report to it, as well as advise and make recommendations to the executive team.

Committees forward minutes of their meetings to the Faculty Chair for inclusion in the next faculty meeting packet. Committees with business requiring Senate action will send to the Senate meeting their minutes as well as a representative who will explain the rationale behind their committee's recommendations.

At least once every three years, each committee shall review its responsibilities and composition as stated below and recommend any necessary revisions to the Faculty Affairs Committee.

When necessary, the faculty or the executive team may request that the Faculty Senate create an ad hoc committee or task force to complete a clearly defined task within a specific time frame.

### 5.5.2 Selection of Members of Committees

At the February faculty meeting, a new Committee on Committees is formed to select faculty members to serve on committees for the subsequent academic year. It consists of the faculty chair, the chair-elect, and the former faculty chair. The Committee on Committees is always chaired by a serving faculty chair. Faculty members may express preference for committee assignments in writing to this Committee on Committees.

The Committee on Committees presents committee assignments to the faculty for approval at the regular April faculty meeting. Elections to the committees requiring elected membership are also held at this meeting. New or replacement faculty, if needed during the school year, are assigned to committees by the Committee on Committees and approved by the faculty. Chairs of the committees for the upcoming

academic year are elected by members of the respective committees at the August faculty retreat. Appointment methods incorporated into the following committee descriptions supersede this method.

## 5.6 Standing Faculty Committees

### 5.6.1 Curriculum Committee

Responsibilities:

1. To review College-wide curricular matters, academic policies, and requirements on behalf of the full faculty.
2. To review and approve or reject proposed additions, deletions, and changes to the curriculum, as well as to majors, minors, and academic programs, with particular attention to the impact of curriculum changes on other programs, students, and the College as a whole.
3. To submit a monthly report on approved changes to the Faculty Senate, and to recommend Senate consideration of unusually controversial or wide-ranging proposals.

Composition:

Seven faculty members, elected for three-year terms, staggered:
2 representatives from the Gore School of Business
3 representatives from the School of Arts and Sciences
1 representative from the School of Nursing and Health Sciences
1 representative from the School of Education

Ex-officio members:
Chief academic officer or a designated representative
Registrar
Director of library
Director of the START Center
ASWC president, or other ASWC officer designated by the president.

All ex-officio members, except the director of the library, are non-voting members.

### 5.6.2 Diversity Council

Responsibilities:

The Diversity Council works to instill diversity into our institution's consciousness and advocate for equity and excellence through our policies, practices and programs. Specifically the council

1. Encourages diversification of faculty, students, and staff;
2. Promotes full integration of diversity into the curriculum, including advising the Liberal Education committee as it assesses courses submitted to fulfill the diversity requirement;
3. Advocates for a supportive learning and social environment for students of color; Lesbian, Gay, Bisexual, Transgender (LGBT) students; women; students with disabilities; and students from low-income and a variety of religious and cultural backgrounds;
4. Supports and participates in the Diversity Center's programming and student support initiatives; and
5. Supports and contributes to the development of assessment measures related to the above.

Composition:

Seven faculty members, elected for two-year terms, staggered.
2 representatives from the Gore School of Business
3 representatives from the School of Arts and Sciences
1 representative from the School of Nursing and Health Sciences
1 representative from the School of Education
Director of Diversity Student Affairs and Services (chair)
Human Resource Director or designee
Director of Admissions
Dean of Students or designee
Designee from Institutional Advancement
Two students

### 5.6.3 Enrollment and Financial Aid

Responsibilities:

1. To review policies, practices, and standards for recruiting, admitting, and awarding financial aid to students.
2. To communicate and explain policies, practices, and standards in these areas to the faculty at large.
3. To monitor results of each year's recruitment efforts and financial aid awards in light of the goals of the current strategic plan.
4. To advise the vice president for enrollment, the director of admissions, and the director of financial aid regarding problems and issues that may arise in those areas.
5. To review and approve scholarship application procedures and select recipients as required.

Composition:

Five appointed faculty for two-year terms, staggered. The four schools should each be represented and one faculty member should represent graduate programs.

Two members from the staff for two-year terms. One of those staff members should be from either the START Center or Registrar's Office and one should be an at-large staff member whose responsibilities relate to the work of the committee.

Ex officio members:
Vice president for enrollment
Director of admissions
Director of financial aid
Dean of students
Learning Community Coordinator

Ex-officio members vote in administrative matters but do not vote in matters having faculty jurisdiction.

### 5.6.4  Faculty Affairs Committee

Responsibilities:

1. To recommend revisions of the *Manual for Faculty* as needed.
2. To examine and to make recommendations about faculty workload, faculty evaluation, contract review and promotion, faculty duties and responsibilities, academic freedom, and other matters related to the faculty.
3. To investigate charges that the principles of academic freedom or other faculty rights have been violated.
4. Upon request of a faculty member, to mediate disputes between/among faculty members or between the administration and a faculty member or members.
5. To request an updated electronic copy of the Faculty Manual from the Provost's office in August and upload that file to Canvas.

Composition:

Seven faculty members, elected for two-year terms, staggered.
2 representatives from the Gore School of Business
3 representatives from the School of Arts and Sciences
1 representative from the School of Nursing and Health Sciences
1 representative from the School of Education

### 5.6.5 Grants and Awards Committee

Responsibilities:

1. To advise the deans and the chief academic officer on policies regarding the awarding of travel or other monies for faculty professional development.
2. To advise the deans and the chief academic officer on workshops, speakers, and other professional development opportunities or initiatives that would benefit the faculty.
3. To review the applications for the Gore Course Release Development Grants, the Gore Individual Summer Grants, the Thomas F. Hawk Course Release Grants, and to forward recommendations to the chief academic officer.
4. To select the recipients of the Manford A. and June Shaw Faculty Publication Prize and the Gore Excellence in Teaching Award.
5. To review and rank applications for sabbatical and merit leaves according to the criteria set forth in section 3.11.1.
6. To review reports submitted by recipients of various grants, awards, and leaves.

Composition:

Seven faculty members, elected for two-year terms, staggered.
2 representatives from the Gore School of Business
3 representatives from the School of Arts and Sciences
1 representative from the School of Nursing and Health Sciences
1 representative from the School of Education

### 5.6.6 Honors Council

Responsibilities:

The Honors Council works in conjunction with the director of the honors program to oversee and support the administration of the program. Those areas of oversight and support consist of, but are not limited to, the following:

1. Curricular matters
2. Recruitment, admissions, and retention
3. Selection and distribution of grants and awards
4. Enhancement of the student experience in honors

Composition:

Seven faculty members appointed in consultation with the chair of the Honors Council, for two-year terms: four from Arts and Sciences, staggered so that two of the positions come up for reappointment each year; and one each from the Gore School of Business, the School of Education, and the School of Nursing and Health Sciences. The director of the honors program serves in one of these six faculty positions and serves as the chair.

Ex officio (voting) members:
Director of the START Center (or an appointed representative from the START Center)
Assistant director of Admissions, or whichever Admissions position oversees the recruitment of high achieving students at the college.
Two students, who are the president and vice president of the Student Honors Council, for one-year terms.

5.6.7   Innovative Learning Committee

Responsibilities:

1. To monitor the W-Core program, or any other general education program that may replace it. [beginning fall 2018]
2. To stay apprised of developments in the field of liberal education. [beginning fall 2018]
3. To review and recommend to the faculty additions, deletions, and changes to the W-Core program. [beginning fall 2018]
4. To forward recommended changes in the W-Core program to the Curriculum Committee for approval. [beginning fall 2018]
5. To develop ways to help faculty use technology to enhance student learning and promote information literacy throughout the curriculum.
6. To coordinate learning technology resources in consultation with library and information technology staff.
7. To develop opportunities and set policies that will encourage undergraduate research across all four schools.
8. To oversee the ePortfolio program.

Composition:

Seven faculty members, elected for two-year terms, staggered.
2 representatives from the Gore School of Business
3 representatives from the School of Arts and Sciences

1 representative from the School of Nursing and Health Sciences
1 representative from the School of Education

Ex-officio members:
Chair of Liberal Education Committee or Director of Liberal Education (chair)
Registrar or designee
Library Director or designee
Vice president for information technology
One student appointed by the ASWC president

5.6.8  Institutional Review Board

Responsibilities:

To review research projects which involve human subjects. The IRB for the protection of human subjects applies to all human-subject research conducted by anyone on the premises of Westminster College and to research conducted elsewhere by faculty, students, staff, or other representatives of the College. IRB approval is required by the College for any research involving human subjects but is mandated by federal regulations for research done under a federal grant.

Composition:

Five appointed faculty for two-year terms, staggered, with at least one representative from each school, including a dean of one of the schools, who will serve as a chair.

Ex officio (non-voting) member:
A person from outside the College community, appointed by the chair and approved by the committee.

If a member of the IRB has a research proposal under review, they will be excused from the deliberations and decisions of the IRB. If the chair has a proposal under such review, they will be excused and will appoint another member of the IRB to serve as chair for that review.

5.6.9  International Council

Responsibilities:

This college-wide committee works in conjunction with the Assistant Provost for International Services and the Director of International Student Services and Study Abroad to instill a focus on internationalization/global learning into our institution's planning, programs, and consciousness. Specifically the council focuses on:

1. Encouraging internationalization of faculty, students, and staff (e.g., recruiting and retaining students, staff, and faculty with international backgrounds).
2. Promoting integration of global and international issues into the curriculum, including internships.
3. Advocating for a supportive learning and social environment for international students and faculty
4. Supporting and participating in the Diversity & International Center's programming and student support initiatives and services.
5. Vetting potential study abroad programs.
6. Becoming generally familiar with and promoting knowledge about federal regulations regarding F and J visa status.
7. Exploring the possibility of creating new programs and requirements that have a significant global or study abroad perspective.
8. Remaining up-to-date on the college's international partnerships and assist when requested to strengthen these partnerships.
9. Exploring and developing professional development opportunities for faculty interested (a) in study abroad, (b) teaching opportunities at college partner schools, (c) academic exchange, and (d) internationalization of curriculum.
10. Exploring and developing potential funding sources, including grants and scholarships, for all students interested in study abroad.
11. Collaborating as appropriate and building on synergies with the Diversity Council to help further the College's goals related to Diversity & Internationalization.
12. Supporting and contributing to the development of assessment measures related to the above.

Composition:

Seven faculty members, elected for two-year terms, staggered.
2 representatives from the Gore School of Business
3 representatives from the School of Arts and Sciences
1 representative from the School of Nursing and Health Sciences
1 representative from the School of Education

Ex-officio (voting members):
Director of International Recruitment (Admissions)
Director of English for International Students
START Center Representative
Career Center Representative
Student Life Representative
Library Representative

Faculty members are identified and nominated by the current International Council and approved as council members by faculty vote during the April faculty meeting.

### 5.6.10 Liberal Education Committee

Responsibilities:

1. To monitor the liberal education program.
2. To stay apprised of developments in the field of liberal education.
3. To review and recommend to the faculty additions, deletions, and changes to the liberal education program.
4. To forward recommended changes in the liberal education program to the Curriculum Committee for approval.
5. To periodically assess how well the broad educational goals of the program and the specific goals of the core competencies, foundation courses, and liberal education concentrations are being met.

Composition:

Seven faculty members, elected for two-year terms, staggered.
2 representatives from the Gore School of Business
3 representatives from the School of Arts and Sciences
1 representative from the School of Nursing and Health Sciences
1 representative from the School of Education

Ex officio (non-voting) members:
Director of First-Year Programs (chair)
Librarian or associate librarian
Registrar or associate registrar
Student representative

The Liberal Education Committee will disband at the end of the 2016-2017 academic year. Its remaining functions will be absorbed by Innovative Learning Committee.

### 5.6.11 Planning and Priorities Committee

The Planning and Priorities Committee reviews comprehensive budget data, plans resource allocation to support the College's strategic goals, and generates annual budget recommendations to the Board of Trustees.

Responsibilities:

1. In October, review the strategic plan and assess areas of progress and concern;
2. Meet at least once during the budgeting process with the complete Board of Trustees, the Executive Committee of the Board of Trustees, or the Committee of the Board of Trustees responsible for budgetary matters;
3. Review comprehensive budget data, receiving briefings on this data from members of the executive team;
4. Meet twice monthly from October until the completion of the budget process, consulting with all budget officers;
5. As the budget process nears completion, vote on a final comprehensive budget recommendation to the Board of Trustees;
6. Report the results of all votes to faculty, staff, students, and trustees.
7. Provide an annual Budget Summary Report for the faculty, including any major changes, points of sustained disagreement, and plans or concerns for the future.

Composition:

President (chair)
Provost
VP of Finance and Administration
VP of Institutional Advancement
Executive Director of Human Resources
2 faculty members from the School of Business (elected, 3-year term)
3 faculty members from the School of Arts and Sciences (elected, 3-year term)
1 faculty member from the School of Education (elected, 3-year term)
1 faculty member from the School of Nursing (elected, 3-year term)
2 staff members (elected or appointed by the Staff Council, 3-year term)
2 students (appointed by ASWC, 1- or 2-year term)

To initiate the committee, one A & S faculty member will be elected to a 1-year term and 3 faculty members (1 from A & S, 1 from Business, and 1 from either Nursing or Education) will be elected to 2-year terms. The Staff Council and ASWC will determined whether their members will be similarly staggered

Handling of Sensitive Information:

Members of the Planning and Priorities Committee will occasionally encounter information that should not be widely communicated (individual salary information, for example). The Committee will determine by vote what information ought to be kept confidential. Should a member be found to have communicated such information to anyone outside the Committee, (s)he will be removed from the Committee and will be regarded as disqualified for any future service on the Committee.

Training:

Because the financial management of the College is complex and sensitive, member of the Planning and Priorities Committee will receive training, to be provided by members of the Executive Team. This training may take the form of an on-line course, provided that course is regularly updated and reviewed.

In its first year, the Planning and Priorities Committee will work with the executive team to establish the policies and procedures under which it will operate in the future.

## 5.7 Faculty Senate

The Faculty Senate is the representative body of the Westminster College Faculty, acting on behalf of the faculty and reporting to it. In this capacity, the Faculty Senate operates within the guidelines of the faculty's professional academic obligations and responsibilities as described in section 5.2.1 of the *Manual for Faculty*.

### 5.7.1 Responsibilities

1. To survey faculty concerns at the start of each academic year. The Senate refers these issues to the relevant faculty committees and tracks progress on these concerns throughout the academic year. Thus, the Senate coordinates faculty efforts and committee work.

2. To vote in place of the faculty on matters of faculty business, unless the Senate deems the matter appropriate to go to the full faculty. All Senate votes will be reported to the faculty at the next faculty meeting. A Senate vote may be challenged by a faculty member and overturned by a simple majority.

3. To track administrative actions that impact the faculty at large, acting as an oversight body and alerting the faculty to issues of shared concern. This oversight function includes monitoring exchanges of memos between faculty and administration, meeting with the president to review administrative priorities, etc.

4. To serve as a source of proposals regarding matters in the faculty's jurisdiction.

5. To receive and review the Curriculum Committee's report on curricular changes, to discuss and vote on curriculum changes when asked to do so by the Curriculum Committee, and to pass the Curriculum Committee report on to the full faculty.

6. To track or oversee the progress of the long-range academic plans of the College.

7. To serve as an advisory body to the administration, the president's and chief academic officer's councils, and the Board of Trustees on all matters relating to the academic functions of the College. 5-12

8. To serve as a forum for the discussion of faculty-administration relationships.

9. To plan the agenda and format for the fall faculty retreat, in consultation with the chief academic officer.

5.7.2  Senate meetings and proceedings

1. The Senate convenes once a month. Extra meetings can be called by the Senate chair, if needed.

2. The Senate reports to the faculty at the regular faculty meetings.

3. The agenda of the Faculty Senate is made public at least four days prior to its meeting.

4. The minutes of the Faculty Senate are ordinarily kept by the secretary of the Faculty Senate and made public upon approval by the whole Senate.

5. The Senate may extend invitations to members of the College community to participate in deliberations on matters of central concern to the College.

6. Senate meetings are open to all faculty.

5.7.3  Membership of the Faculty Senate

1. The Faculty Senate consists of 13 members elected by their schools: 2 each from Education and Nursing, 3 from Business and 6 from Arts and Sciences. All faculty on full- time teaching contracts are eligible for Senate membership. Each Senate member is elected for a three-year term, with roughly a one-third rotation of members each year. Representatives for the Faculty Senate are elected in school meetings during the month of February or March. These elections are held in the last year of the current representative's term of service.

2. Faculty in any school may choose to elect fewer representatives, in which case the additional senators are elected at large by the full faculty in April.

3. The chair of the faculty serves as a non-voting, ex-officio member of the Faculty Senate.

4. In the case that a Senate member is voted to position of faculty chair, they have the option of stepping down from the Senate or remaining and voting as a Senate member.

5. If a Senate member is unable to attend a regular meeting, the member's vote may be cast by proxy by another faculty member from the same academic unit by which Senators are elected in that school.

### 5.7.4  Chair of the Senate

1. The chair of the Faculty Senate serves a one-year term. To elect the next Chair, the current Chair will open nominations at the March meeting and the nominations will remain open until the April meeting.  Any senate member who has served one or two years is eligible for nomination.  In April, a Senate meeting will be convened with both the current and the new Senate membership, at which time new nominations will be continued and then closed.  Immediately after the closing of the nominations, the new Chair will be elected by vote.

2. The chair appoints a secretary whose primary responsibilities include keeping a record of Senate proceedings and making such records available to the faculty as a whole. The secretary for each year is provided by each of the Schools in turn, using the following rotation:  Arts & Sciences, Nursing, Business, Education.

1. The chair sets the agenda for regularly scheduled and special meetings of the body and is responsible for reporting to the at-large faculty at the regular faculty meetings

2. The chair of the Faculty Senate is also a voting member.

## Short Term Disability

A Short Term Disability is any illness/disability (including pregnancy-related disabilities) that last less than six months and prevents the faculty member from performing their duties. If the disability lasts longer than six months, it is considered a Long Term Disability. A faculty member will receive their full salary while on Short Term Disability.

When a disability situation arises, the faculty member should immediately contact Human Resources and their dean. The faculty member will be required to provide Human Resources with the appropriate medical certification demonstrating their disability.

The faculty member must inform the dean of the anticipated length of the disability and begin a discussion about the faculty member's load and staffing solutions for their classes. In cases where the faculty member will be missing more than two weeks, the dean may reassign the class. Depending on the individual situation and the individual class, the dean will make the decision whether the faculty member will return to the class upon medical certification of the resolution of the disability.

If the dean decides that it would be inappropriate for the faculty member to resume teaching their classes following the disability leave, the faculty member will be assigned administrative or other duties for the duration of the semester. Those duties will be defined by the dean and/or provost.

If a faculty member's disability is such that a reduced work load is the optimal solution, the faculty member and the dean will make those arrangements.

If a faculty member becomes disabled during a May/Summer semester and they are teaching classes on overload, the class will be reassigned or cancelled and there is no need to apply for Short Term Disability. If the faculty member is teaching classes that will complete their contractual obligations, the faculty member will be placed on Short Term Disability leave and the faculty member and the dean will decide how to handle the faculty member's absence from the classroom.

When a faculty member knows in advance that they will need to take disability leave, that faculty member, in consultation with the dean, may be able to adjust their teaching schedule to accommodate both the disability and the needs of the students.

> *For example, with suitable warning, and when feasible and academically appropriate, a faculty member may be able to schedule their classes to run in a seven week block – thus minimizing the disruption to the students while still taking the medically-needed leave. One example would be if a faculty member becomes pregnant and is due to deliver in mid-November, that faculty member could plan to teach all of their contractual hours in the first seven weeks of the semester.*

The faculty member, in consultation with their dean, could also explore other options, including team teaching, co-teaching, and distance learning, that would allow the faculty member to take medically-needed leave without too much disruption to the students while still allowing the faculty member to be in the classroom when they are medically able to be there.

APPENDIX B

TUITION REMISSION

Tuition Remission is a college-administered benefit available to employees, their spouses and children who meet the criteria set forth in this policy. Employees, their spouses and children who wish to attend classes at the college and use tuition remission must first be admitted to the college through the regular admission policy in place at the time an application is made.

## Eligible Employees
Employees are eligible to use tuition remission after they have worked continuously at the college for 90 calendar days as either a three-quarter-time employee or full-time employee. Employees may then take classes scheduled to begin the term following the expiration of the 90-day waiting period.

## Spouses and Eligible Children
The employee's spouse and/or children (defined as biological, adopted, or step-children who are age 24 years or younger) become eligible to use tuition remission when the three-quarter-time or full-time employee has completed 12 months of continuous employment; they may then take classes scheduled to begin the term following the expiration of the required 12-month waiting period. The child of an employee who begins classes at the age of 24 or younger and who maintains continuous enrollment each Fall and Spring semester will continue to be eligible for tuition remission past the age of 24.

> NOTE: *This benefit may be taxable depending on the child's dependency status. Also, graduate courses may/may not be taxable depending on the regulation in effect at the time the graduate courses are taken.*

## * Definition of Eligible Participant(s)
"Eligible Participant(s)" are defined as those described above under the *Eligible Employees* and *Spouses and Eligible Children* designations. The term "eligible participant(s)" will be used to reflect these definitions throughout the remaining text of this policy.

## Application Process
When an employee wishes to use this benefit for themselves, their spouse, or qualifying children (i.e. "eligible participants"), the employee must acquire application forms from the Human Resources Department. Forms should be submitted to the financial aid office at least four (4) weeks prior to the beginning of the classes for the term for which tuition remission is requested. To ensure timely processing, there may be finance charges and/or late fees assessed for late submission of paperwork and/or payment of fees.

## Applicable College Policies
Eligible participants using tuition remission are subject to the college's policies and procedures applicable to all students at the college. Eligible participants must also comply with the financial aid office's satisfactory progress policy, a copy of which is available in the financial aid office. This policy is distributed to every student who receives financial aid, including those participating in tuition remission.

## Satisfactory Progress Policy
If an eligible participant using tuition remission fails to meet the academic progress requirements of the college or is placed on academic probation at the college, the tuition remission benefit for the terms following probation will be reduced to 75%. The employee will be responsible for the payment of the remaining 25% of tuition to the college for each term in which the eligible participant is enrolled until the academic status of the participant is returned to good standing.

## Taking Classes During the Work Schedule

There may be circumstances where an employee may wish to take classes during their normal work schedule. In order to do so, the employee must request and receive prior permission from their supervisor at least one (1) month in advance of the beginning of classes. All employees must be aware that there are some positions on campus that, because of the duties and responsibilities of the position, prevent supervisors from granting such permission. If the supervisor grants permission, the employee may take a maximum of six (6) hours of classes per week during the normal work schedule. The time missed from work must be made up during the same workweek.

### Registration
Degree-seeking eligible participants may register for classes any time during the student's assigned registration period. Non-degree-seeking eligible participants may register for classes *only* during the open registration period.

### Degrees and Hours Covered by the Benefit
Eligible participants may each use the tuition remission benefit to take a maximum of 140 undergraduate hours, to include a maximum of one bachelor's degree from the college and to take a maximum of 70 graduate hours, to include a maximum of one master's degree from the college.

### Retaking a Class
Eligible participants may use the tuition remission benefit to register for the same class on two (2) different occasions. However, if an eligible participant wishes to register for that same class a third (3rd) time after having withdrawn or failed the class the first two (2) times, the employee will be responsible to pay the full tuition amount charged for that class. The retaking of a class by an eligible participant is subject to space availability. There are some classes, such as art classes or physical education classes, that may be taken more than three (3) times by an eligible participant with the permission of the instructor and on a space-available basis.

### Classes Not Covered by this Benefit
The tuition remission benefit covers only those classes taught by faculty employed by the college. From time to time, the college may arrange for an organization other than the college to offer and teach classes for college credit. The tuition charged for classes offered or taught by an organization or entity other than the college is not covered by this benefit. The college also reserves the right to designate other programs as exempt from the tuition remission benefit. For example, the college's aeronautical institute's flight program is not covered by tuition remission. Should eligible participants wish to take these classes, they will have the responsibility to pay the tuition.

### Fees and Costs Not Covered by this Benefit
The tuition remission benefit does not cover any fees, including, but not limited to, student activity fees, application fees, workshop fees, lab fees, flight fees, or technology fees. The benefit does not cover books or materials required for classes. The benefit does not apply to any seminars, conferences, or workshops that occur on campus, whether or not the seminars, conferences or workshops are offered or sponsored by the college or another organization or entity. All students enrolled in classes at Westminster College are subject to mandatory fees. Fees must be paid before the first day of class.

### MBA COHORT and MAT Tuition Remission Funding
The tuition remission benefit for students enrolled in the MBA or MAT programs will be funded at 80% of tuition for eligible employees and their dependents who choose to enroll in the new MBA COHORT model effective Fall 2005 Semester or the new MAT program effective summer 2007 semester. The tuition remission benefit for the MBA program will be funded at 90% of tuition for eligible employees and their dependents that choose to and are eligible to be grandfathered through the remainder of their degree under the old MBA model.

### Termination of the Benefit
If an employee's employment with the college ends before the deadline for withdrawing from the term without a "WF," the eligible participant will have the option of withdrawing from the class and owing no tuition or continuing with the class and paying the full amount of tuition for that class. If an employee's

employment with the college ends after the deadline for withdrawing from the class with a "WF," the tuition remission benefit will remain in effect for the eligible participant through the end of that term, at which time the benefit will terminate.

## Eligibility for Spouses and Children in the Case of Staff Member's Death
When an employee has been continuously employed by the college for at least 15 years and dies while employed by the college, the tuition remission benefit shall be extended to the spouse and children of the deceased employee.

## Appeal Process
An employee may appeal a decision made pursuant to this policy to the President by filing a written appeal with the Director of Human Resources. The appeal must contain a statement of the decision made, a statement of the action the employee is requesting to be taken, and the reasons why the employee believes they are entitled to have the request granted. The Director will review the appeal and submit a response to the President addressing the issues raised by the employee in their appeal. The President will review the appeal and the response, request additional information as needed, and make the final decision.

## Tuition Exchange
Westminster College participates in tuition exchange programs. By participating in these programs, qualified dependents of Westminster College faculty and staff may qualify for tuition remission or reduction at other participating educational institutions.

Contact the Financial Aid Office for more detailed information about the Tuition Remission Program.

## APPENDIX C

## PARENTAL LEAVE POLICY

When a faculty member will be the primary care giver in the year following the birth, adoption, or fostering of a child, they may choose to take an entire semester off at 80% of their salary. The faculty member can choose to use this parental leave either the semester in which the child arrives or the semester that immediately follows the arrival. The parental leave can be applied during the fall semester for a child that arrives either during the spring semester or anytime during the summer months.

If the faculty member acting as the primary care giver does not wish to take parental leave for the entire semester, they are also eligible for a 6-credit course reduction at full pay, to be spread over a maximum of two consecutive semesters (not including summer).

Parental Leave runs concurrently with any leave allowed a faculty member under federal FMLA.

## FAMILY LEAVE POLICY

To be eligible for family leave, a faculty member must, during the period of the leave, be the primary care giver for a child or other dependent. **The definition of "primary care giver" will vary across family situations but the individual must have exclusive care responsibility for a dependent for a significant fraction of the day during the regular work week. A faculty member who has dependent care assistance for more than 30 hours per week on average, for instance, would not generally qualify as primary care-giver.** Within these guidelines, the determination of whether a faculty member is a primary care giver is determined by the provost, upon the recommendation of the department head or dean.

## SUBSTANCE AND ALCOHOL ABUSE POLICY FOR EMPLOYEES

It is Westminster College's desire to provide a drug-free, healthful, and safe workplace. To promote this goal, employees are required to report to work in appropriate mental and physical condition.

While on Westminster College premises and while conducting business-related activities off Westminster College premises, no employee may use, possess, distribute, sell, or be under the influence of alcohol or illegal drugs. The legal use of prescribed drugs is permitted on the job only if it does not impair an employee's ability to perform the essential functions of the job effectively and in a safe manner that does not endanger other individuals in the workplace.

Violations of this policy may lead to disciplinary action, up to and including immediate termination of employment, and/or required participation in a substance abuse rehabilitation or treatment program. Such violations may also have legal consequences.

Employees with questions or concerns about substance dependency or abuse are encouraged to use the resources of the Employee Assistance Program. They may also wish to discuss these matters with their supervisor or the Human Resources Department to receive assistance or referrals to appropriate resources in the community.

Employees with drug or alcohol problems that have not resulted in, and are not the immediate subject of, disciplinary action may participate in a rehabilitation or treatment program through Westminster College's health insurance benefit coverage.

In accordance with the Drug-Free Workplace Act of 1988, all employees must notify their immediate supervisor and the Human Resources Director of their conviction for a criminal drug statute violation occurring in the workplace no later than five (5) days after such conviction.

Employees with questions about this policy or issues related to drug or alcohol use in the workplace should consult with their supervisor or the Human Resources Department without fear of reprisal.

APPENDIX E

SEXUAL HARASSMENT POLICY AND
GRIEVANCE PROCEDURE

This policy and procedure is in the process of revision. If you have any questions, please contact Darin Jones in the Human Resources Department.

Westminster College is committed to providing a work environment that is free from all forms of discrimination and conduct that can be considered harassing, coercive, or disruptive, including sexual harassment. Actions, word, jokes, or comments based on an individual's sex, race, color, national origin, age, religion, disability, or any other legally protected characteristic will not be tolerated. Westminster College provides sexual harassment training to ensure an environment free of sexual and other unlawful harassment.

Sexual harassment is defined as unwanted sexual advances, or visual, verbal, or physical conduct of a sexual nature. This definition includes many forms of offensive behavior and includes gender-based harassment of a person of the same sex as the harasser. The following is a partial list of sexual harassment examples:

- Unwanted sexual advances.

- Offering employment benefits in exchange for sexual favors.

- Making or threatening reprisals after negative response to sexual advances.

- Visual conduct that includes leering, making sexual gestures, or displaying of sexually suggestive objects or pictures, cartoons or posters.

- Verbal conduct that includes making or using derogatory comments, epithets, slurs, or jokes.

- Verbal sexual advances or propositions.

- Verbal abuse of a sexual nature, graphic verbal commentaries about an individual's body, sexually degrading words used to describe an individual, or suggestive or obscene letters, notes, or invitations.

- Physical conduct that includes touching, assaulting, or impeding or blocking movements.

Unwelcome sexual advances (either verbal or physical), requests for sexual favors, and other verbal or physical conduct of a sexual nature constitute sexual harassment when: 1) submission to such conduct is made either explicitly or implicitly a term or condition of employment; 2) submission or rejection of the conduct is used as a basis for making employment decisions; or, 3) the conduct has the purpose or effect of interfering with work performance or creating an intimidating, hostile, or offensive work environment.

Employees who experience or witness sexual or other unlawful harassment in the workplace should report it immediately to their supervisor. If the supervisor is unavailable or perceived to be inappropriate to contact, the employee should immediately contact the Human Resources Department or any other member of the administration. Concerns may be raised, or reports made, without fear of reprisal or retaliation.

All allegations of sexual harassment will be quickly and discreetly investigated. To the extent possible, the confidentiality of the complainant, any witnesses, and the alleged harasser will be protected against unnecessary disclosure. When the investigation has been completed, all parties will be informed of the

outcome.

Any supervisor or manager who becomes aware of possible sexual or other unlawful harassment must immediately advise the Human Resources Department or any member of the administration so it can be investigated in a timely and confidential manner. Any employee engaging in sexual or other unlawful harassment will be subject to disciplinary action, up to and including termination of employment.

## 8.19    Problem Resolution
Effective Date:  01/01/2005

Westminster College encourages all employees to attempt to resolve work-related issues through informal means whenever possible. The college believes that employees should also have an avenue to present their work-related complaints and appeal the administration's decisions through a formal grievance procedure. The college will attempt to promptly resolve all grievances that are appropriate for handling under this policy.

### Definition
An appropriate grievance is defined as an employee's expressed feeling of dissatisfaction concerning any interpretation or application of a work-related policy by the administration, supervisors, or other employees. Some possible examples are as follows:

- Misapplication or violation of college policies, practices, rules, regulations, and procedures believed to be to the detriment of an employee.
- Treatment considered unfair by an employee, such as coercion, reprisal, harassment, or intimidation.
- Alleged discrimination because of race, color, gender, age, religion, national origin, marital status, disability, sexual orientation, mental or physical disability, or status as a disabled veteran or veteran of the Vietnam era.
- Improper or unfair administration of employee benefits or conditions of employment such as vacations, fringe benefits, promotions, retirement, holidays, performance review, salary or seniority.

### Procedure
Employees must notify the Human Resources Department in writing within five (5) working days of any grievance appropriate for handling under this policy. The grievance procedure is the exclusive formal remedy for employees with any work-related problem or complaint.

Employees will not be penalized for proper use of the grievance procedure. However, it is not considered appropriate if an employee abuses the procedure by raising grievances in bad faith or solely for the purpose of delay or harassment or by repeatedly raising grievances that a reasonable person would deem to have no merit.

The grievance procedure has a maximum of four (4) steps, but grievances may be resolved at any step in the process. Grievances are to be fully processed until the employee is satisfied or does not file an appeal within the time limits outlined below or until the right of appeal is exhausted. A decision becomes binding on all parties whenever an employee does not file an appeal within the time limits as outlined, or when a decision is made in the final step and the right of appeal no longer exists.

Employees who feel they have an appropriate grievance should proceed as outlined below:

*NOTE:* **At all levels** *of this procedure, the employee must put the grievance in writing and include the following information: 1) The policy or rule which the employee believes has been violated; 2) the facts surrounding the grievance; and 3) the remedy the employee seeks. Any grievance that does not include this essential information may be rejected OR the employee may be asked to include any missing elements before action can be taken.*

1. **STEP ONE** – Promptly file the grievance with the Human Resources Director. The employee must then immediately bring the grievance to the attention of their immediate supervisor. In cases where the grievance is with the supervisor, the employee must then present the grievance to the next supervisory level. If the immediate supervisor is a vice president, the employee may then proceed to Step Three. The supervisor who receives the grievance is to investigate the grievance, attempt to resolve it, and give a decision to the employee within ten (10) working days, when possible. If, for any reason, the supervisor conducting the investigation is unable to reach a proposed resolution within ten (10) working days, the supervisor must inform the complainant as to the status of the investigation. The supervisor should prepare a written and dated summary of the grievance and proposed resolution for file purposes. The supervisor should inform the employee of their proposed resolution.

2. **STEP TWO** – If the employee is not satisfied with the supervisor's decision, they may appeal the decision to their vice president, unless the grievance is with that vice president, in which case the employee may proceed to Step Three. Such an appeal must be made in writing within five (5) working days of receiving the decision in Step One. The vice president will, within ten (10) working days, when possible, confer with both the employee and supervisor and any other members of the administration they deem appropriate, investigate the issues, and communicate a decision in writing to all the parties involved.

3. **STEP THREE** – If the grievance is with the employee's vice president, or the employee is not satisfied with the vice president's decision in Step Two, the grievance will be made/appealed to a review committee made up of two (2) vice presidents of the grievant's choice and the Human Resources Director (or designee). Such an appeal must be made in writing within five (5) working days of receiving the decision in Step Two. The review committee will confer with the grievant, their vice president, and any other members of the administration or employees it deems appropriate. They will investigate the issues and communicate a decision in writing to all the parties involved within ten (10) working days.

4. **STEP FOUR** – If the employee is still not satisfied with the decision, they may appeal the decision to the president of the college. The timeliness requirement and procedures to be followed are identical to those in Step Three. The president will take the steps they deem necessary to review and investigate the grievance and will then issue a written, final and binding decision.

Final decisions on grievances will not be precedent-setting or binding on future grievances unless they are officially stated as college policy. When appropriate, the decision may be retroactive to the date of the employee's original grievance.

Contact the Human Resources Department for more information about Problem Resolution.

## CONSENSUAL SEXUAL/ROMANTIC RELATIONSHIPS
### BETWEEN FACULTY AND STUDENTS

The mission of Westminster College is promoted by professionalism in student-faculty relationships. Professionalism is fostered by an atmosphere of mutual trust and respect. Taking note of the respect and trust accorded a faculty member by a student, faculty recognize that they are presumed to make decisions regarding their relationships with students which will not endanger this atmosphere of mutual trust and respect. Faculty should be aware of the possibility that an apparent consensual sexual-romantic relationship with a student may be interpreted (either now or at a later date) as nonconsensual and, therefore, sexual harassment.

The power differential inherent in faculty/student relationships may compromise the student's ability to decide and thus call into question the bona fide consensual nature of the relationship. The potential exists for the student to perceive a coercive element in suggestions regarding activities outside those appropriate to professional relationships. Moreover, faculty, particularly in relationships with students in their classes and under their supervision, such as work study students, student employees, or student interns, need to be aware of potential conflicts of interest and the possible compromise of their evaluative capacity. They also need to be aware that a relationship may give rise to a perception on the part of others that the evaluative capacity of the faculty member has been compromised.

It is a violation of this policy for a faculty member to undertake a sexual/romantic relationship or permit one to develop with a student who is enrolled in the person's class or is subject to that person's supervision or evaluation, even when both parties appear to have consented to the relationship.

Sexual/romantic relationships between faculty and students outside the instructional and supervisory context are also discouraged and, when they occur, should be reported to the faculty member's dean.

The college does recognize that consensual sexual/romantic relationships may exist prior to the time a student is assigned to a faculty member as a member of that person's class or is placed in a situation where the faculty member must supervise or evaluate the student. Such a relationship is considered a recent sexual/romantic relationship if it is ongoing or has been in existence at any time within the six months immediately preceding the assignment of the student to the faculty member. Persons who are married, or were married, are included within the definition of those persons having, or who have had, a consensual sexual/romantic relationship.

Where the faculty member is having a current, or has had a recent sexual/romantic relationship with a student, the following procedures shall be followed:

1) If, at all possible, the student should be advised in their course selections or avoid course sections taught by the instructor with whom the student is having or has had a recent consensual sexual/romantic relationship. Where a student is working or interning under the supervision of a faculty member with whom the student is having or has had a recent consensual sexual/romantic relationship, efforts should likewise be made to place that student under the supervision of a different faculty member.
2) In the event it is not possible for the student to avoid the class taught by the faculty member or the supervision of the faculty member, the faculty member shall advise their dean of the present or recent consensual sexual/romantic relationship and the following steps shall be taken:
   a) The dean shall appoint another instructor to evaluate the student's written work, such as essays, research papers, essay tests, care plans, etc.
   b) The dean shall appoint another instructor to evaluate student's non-written work or performance such as artistic performances, teaching practice, internships or clinical practice.
   c) When an appropriate instructor is not available to evaluate the student's work, the dean will provide the evaluation.
   d) Where the student is also an employee of the college, a student worker, or a work study

student, the faculty member will remove themselves from the consideration of the student for promotion, recognition, hiring or determination of salary.

e) A student should not be assigned to a faculty advisor with whom that student has or has had a recent sexual/romantic relationship.   The faculty advisor should request that the student be reassigned.

If a faculty member violates this college policy on consensual sexual/romantic relationships between faculty and students, in whole or in part, the faculty member may be subject to disciplinary action.  Such action includes, but is not limited to, a verbal warning, a letter of discipline, suspension without pay, and/or immediate dismissal from employment with the college.

A faculty who is dismissed from the college for failure to comply with this policy may appeal the decision as outlined in section 3.11 of the faculty manual.

## BEST PRACTICES FOR RECRUITMENT

### Search Committee Membership

After a vacancy in a program has been identified, the appropriate dean should consult with the program chair, who ordinarily serves as the chair of the search committee. The committee should have at least four additional members, as agreed upon within the program and by the dean, including at least one faculty member from outside the division and one student (a major in that program, if possible).

### Describing and Advertising the Position

The search committee, in consultation with the dean, should prepare a position description specifying the duties associated with the position and the desirable academic and experiential qualifications. The chief academic officer must concur with this description and must verify that language is included to ensure compliance with the College's Equal Employment Opportunity policy. The chief academic officer ordinarily places all ads for faculty positions in the *Chronicle of Higher Education*. The college also advertises in various diversity publications. In addition, search committees are encouraged to place the ad in a discipline-specific print and/or electronic journal of their choice. All faculty positions are advertised nationally, and all open faculty positions are posted on the college's website.

### Applications

Applications should include

> a) a formal letter of application, addressed to the appropriate dean
> b) a curriculum vitae
> c) transcripts (official or unofficial)
> d) letters of reference (three or more) OR names and contact information for references (three or more), depending on the standard practice for the discipline.

Additionally, some committees request a "Teaching Philosophy" statement and/or a "Research Philosophy/Plan."

All applications are maintained by an administrative assistant in the school office. Except when a search committee is using the applicant files during a committee meeting, the files should remain in the school office, not in faculty offices.

### Ideal Timeline for a Faculty Search

August–September: Identify search committee and advertise position.

November: Review files of applicants and identify a "short list" of top applicants.

November–December: Make contact with top candidates.

> Committee members should call candidates' references, as well as candidates, and should keep notes from all phone interviews to share with the committee and the dean. These calls should be made as early as possible, preferably as soon as a short list is identified. The dean should call each top candidate before arranging an on-campus interview. The dean's conversation with the candidate should include a discussion of the salary range for the position and a description of the college's contract review system.

> Using a list of top candidates provided by the search committee chair or the school administrative assistant, the Human Resources Office will send the candidates a packet of materials about the college. If a candidate requests other information about the Salt Lake City area, pertaining to real estate or schools, for example, the Human Resources Office will provide that information as well.

January–February: If possible, interview candidates at a national meeting prior to inviting them on campus. Conduct on-campus interviews:

The search committee should maintain communication with all top candidates throughout the search process (notes, e-mails, etc.). The Human Resources Office should also offer to answer questions for candidates, before, during, and after campus visits.

## Interviews at National Meetings

Some disciplines have national meetings conveniently scheduled in late December or early January, and in some disciplines, interviewing at these meetings is the norm. In such cases, the college will arrange to support the attendance of at least one committee member at the meeting; candidates can then be interviewed as a way of screening the short list before extending on-campus invitations.

## Arrangements for Campus Visits

Ordinarily the school's administrative assistant, in consultation with the committee chair and dean, should
a) make the plane reservations for candidates, or arrange for reimbursement of candidates who make their own reservations.
b) schedule times for the candidate to meet with the committee, dean, and chief academic officer, with direction from the committee chair
c) send a schedule for the candidate's visit to the candidate in advance of their arrival in Salt Lake City
d) make lodging reservations (downtown locations, or locations with easy access to mass transit, are advisable, so that candidates can become acquainted with the city)
e) arrange for transport to and from the airport and from hotel to campus (usually by a committee member or a hotel van)
f) distribute copies of the schedule for the visit, as well as the curriculum vitae and letter of application for each candidate, to committee members, dean, and chief academic officer

## Typical Visit Schedule

Day 1

Candidate arrives in SLC in the afternoon.
A committee member may pick up the candidate at the airport or have the candidate take a shuttle/taxi to the hotel.
One or two committee members take the candidate to dinner that evening.

Day 2

The candidate arrives on campus (either transported by a committee member or hotel van or taxi).

Specific events should take place, not necessarily in this order:
- A student, student ambassador, or admissions person takes the candidate on a campus tour.

- The candidate meets with the search committee, the dean, and the chief academic officer. The topics in each meeting include the candidate's teaching experience and philosophy and their research.

- As arranged with the candidate in advance of their arrival, the candidate makes a presentation and/or teaches a class, preferably for an audience made up of a significant number of students. Attention should be given to making these teaching or presentation situations as similar as possible for all candidates for a position.

- If possible, the candidate meets with a group of students (preferably majors in the program, or other interested students: they're our best ambassadors!). One suggestion might be to have an informal lunch on campus for the candidate and 4–6 students.

- The candidate has dinner with one or two committee members.

The candidate may leave that evening or the following morning. In some cases, candidates wish to stay longer to become better acquainted with the city, even perhaps to have a realtor show them housing

options. In these cases, the committee chair should make arrangements for one of the realtors on our approved list to assist the candidate. The committee should make sure that candidates are not neglected on the official days of a visit, but if the visit is extended, the committee need not entertain the candidate indefinitely.

## Budget
Search committees should keep costs reasonable by following some guidelines:
1) Making plane reservations with sufficient advance time will reduce costs. Sometimes the importance of completing a search quickly will necessitate overriding this cost-cutting measure.
2) Except in unusual circumstances, as approved by the dean, only one or two committee members should take a candidate to dinner. This is not just a cost-cutting measure: it also ensures that the committee members will get to know the candidate better. The standard rule is that committees need not take candidates to hamburger joints, nor is it necessary to choose the most expensive restaurants. Moderation is in order, but meals also offer committees a chance to show off the city's range of dining options. (Probably expensive bottles of wine should also be forgone, and committee members should be sensitive to the candidate's preferences regarding alcohol consumption.)
3) As described earlier, a typical visit should require 2–3 nights of lodging. Especially if the candidate is a top candidate, it is reasonable for the college to allow the candidate to stay in Salt Lake longer. The candidate can be instructed to keep a record of food expenses and submit those for reimbursement from the college, and the college should pay for the additional housing, at the dean's discretion.

## Record-Keeping
It is imperative for the committee to keep good records:
a) Notes should be kept from all phone and on-campus interviews of candidates.
b) Notes should be kept indicating strengths and weaknesses of all candidates: such records are needed in cases of lawsuits that might be filed by unsuccessful candidates.

## Cautionary Notes
It is important that all candidates, both internal and external, be treated equally in an on-campus interview.

It is both unwise and/or illegal to ask candidates questions about their marital status, religion, political views, national origin, sexual orientation, accent, etc.; and committees should be careful not to say anything to a candidate that could be misinterpreted regarding any of these matters.

Even if a candidate mentions one of these topics, that is not an excuse to ask follow-up questions.

Ordinarily only the dean and/or the chief academic officer discuss the salary for a position with a candidate.