FILED DISTRICT COURT
Third Judicial District

JUN 17 2020

Salt Lake County
By:_____
                Deputy Clerk

EMILY SHARP RAINS ~~(Bar No. 12311)~~ Pro Se
**EMILY SHARP RAINS ESQ**
881 Baxter Dr., STE 100
South Jordan, UT 84095
Telephone: 206-778-1330
Fax: 206-260-3114
Pro Se Plaintiff

## IN THE THIRD JUDICIAL DISTRICT COURT
## IN AND FOR SALT LAKE COUNTY, STATE OF UTAH

| | |
|---|---|
| EMILY SHARP RAINS,<br><br>    Plaintiff,<br><br>vs.<br><br>WESTMINSTER COLLEGE, a Utah corporation, and MELISSA KOERNER, in her official and individual capacities.<br><br>    Defendants. | **COMPLAINT**<br>**(Jury Demand)**<br><br>Case No. 200903928<br><br>Judge KELLY |

Plaintiff Emily Sharp Rains ("Rains" or "Plaintiff") submits this Complaint and jury demand against Defendant Westminster College ("Westminster") and Melissa Koerner ("Koerner"). Koerner is sued in her official and individual capacities. Rains complains and alleges as follows:

### NATURE OF CASE